| Fill in this information to identify your case: |
| --- |

United States Bankruptcy Court for the:

SOUTHERN DISTRICT OF CALIFORNIA

Case number *(if known)* _____    Chapter    11

☐ Check if this an amended filing

## Official Form 201
# Voluntary Petition for Non-Individuals Filing for Bankruptcy     06/22

**If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and the case number (if known). For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals,* is available.**

| | | |
| --- | --- | --- |
| 1. | **Debtor's name** | Costa Shipping & Delivery, Inc. |
| 2. | **All other names debtor used in the last 8 years**<br><br>Include any assumed names, trade names and *doing business as* names | |
| 3. | **Debtor's federal Employer Identification Number** (EIN) | 83-1825280 |

| | | | |
| --- | --- | --- | --- |
| 4. | **Debtor's address** | **Principal place of business**<br><br>3056 Rue D'Orleans, #134<br>San Diego, CA 92110<br>Number, Street, City, State & ZIP Code<br><br>San Diego<br>County | **Mailing address, if different from principal place of business**<br><br>P.O. Box, Number, Street, City, State & ZIP Code<br><br>**Location of principal assets, if different from principal place of business**<br>9000 Premier Parkway St. Peters, MO 63375-6000<br>Number, Street, City, State & ZIP Code |
| 5. | **Debtor's website** (URL) | https://www.costashippinganddelivery.com/ | |
| 6. | **Type of debtor** | ■ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP))<br><br>☐ Partnership (excluding LLP)<br><br>☐ Other. Specify: _____ | |

| Debtor | Costa Shipping & Delivery, Inc. | | Case number (*if known*) | |
|---|---|---|---|---|
| | Name | | | |

**7.** **Describe debtor's business**

A. *Check one:*

☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))

☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))

☐ Railroad (as defined in 11 U.S.C. § 101(44))

☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))

☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))

☐ Clearing Bank (as defined in 11 U.S.C. § 781(3))

■ None of the above

B. *Check all that apply*

☐ Tax-exempt entity (as described in 26 U.S.C. §501)

☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. §80a-3)

☐ Investment advisor (as defined in 15 U.S.C. §80b-2(a)(11))

C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor. See http://www.uscourts.gov/four-digit-national-association-naics-codes.

4841

**8.** **Under which chapter of the Bankruptcy Code is the debtor filing?**

A debtor who is a "small business debtor" must check the first sub-box. A debtor as defined in § 1182(1) who elects to proceed under subchapter V of chapter 11 (whether or not the debtor is a "small business debtor") must check the second sub-box.

*Check one:*

☐ Chapter 7

☐ Chapter 9

■ Chapter 11. *Check **all** that apply*:

☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D), and its aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $3,024,725. If this sub-box is selected, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if any of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

■ The debtor is a debtor as defined in 11 U.S.C. § 1182(1), its aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $7,500,000, **and it chooses to proceed under Subchapter V of Chapter 11.** If this sub-box is selected, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return, or if any of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

☐ A plan is being filed with this petition.

☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the *Attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11* (Official Form 201A) with this form.

☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.

☐ Chapter 12

**9.** **Were prior bankruptcy cases filed by or against the debtor within the last 8 years?**

If more than 2 cases, attach a separate list.

■ No.

☐ Yes.

| | District | When | Case number | |
|---|---|---|---|---|
| | District | When | Case number | |

4/01/24  8:25PM

| Debtor | Costa Shipping & Delivery, Inc. | Case number (*if known*) | |
|---|---|---|---|
| | Name | | |

**10.** **Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?**

■ No
☐ Yes.

List all cases. If more than 1, attach a separate list

Debtor _____   Relationship _____

District _____   When _____   Case number, if known _____

---

**11.** **Why is the case filed in *this district*?**

*Check all that apply:*

■ Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district.

☐ A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district.

---

**12.** **Does the debtor own or have possession of any real property or personal property that needs immediate attention?**

■ No
☐ Yes.   Answer below for each property that needs immediate attention. Attach additional sheets if needed.

**Why does the property need immediate attention?** (*Check all that apply.*)

☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.

What is the hazard? _____

☐ It needs to be physically secured or protected from the weather.

☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).

☐ Other _____

**Where is the property?** _____

Number, Street, City, State & ZIP Code

**Is the property insured?**

☐ No

☐ Yes.   Insurance agency _____

Contact name _____

Phone _____

---

### Statistical and administrative information

**13.** **Debtor's estimation of available funds**

*Check one:*

■ Funds will be available for distribution to unsecured creditors.

☐ After any administrative expenses are paid, no funds will be available to unsecured creditors.

---

**14.** **Estimated number of creditors**

| | | |
|---|---|---|
| ■ 1-49 | ☐ 1,000-5,000 | ☐ 25,001-50,000 |
| ☐ 50-99 | ☐ 5001-10,000 | ☐ 50,001-100,000 |
| ☐ 100-199 | ☐ 10,001-25,000 | ☐ More than100,000 |
| ☐ 200-999 | | |

---

**15.** **Estimated Assets**

| | | |
|---|---|---|
| ☐ $0 - $50,000 | ■ $1,000,001 - $10 million | ☐ $500,000,001 - $1 billion |
| ☐ $50,001 - $100,000 | ☐ $10,000,001 - $50 million | ☐ $1,000,000,001 - $10 billion |
| ☐ $100,001 - $500,000 | ☐ $50,000,001 - $100 million | ☐ $10,000,000,001 - $50 billion |
| ☐ $500,001 - $1 million | ☐ $100,000,001 - $500 million | ☐ More than $50 billion |

---

**16.** **Estimated liabilities**

| | | |
|---|---|---|
| ☐ $0 - $50,000 | ■ $1,000,001 - $10 million | ☐ $500,000,001 - $1 billion |

---

4/01/24  8:25PM

Debtor      Costa Shipping & Delivery, Inc.                                    Case number (*if known*)
            Name

| ☐ $50,001 - $100,000 | ☐ $10,000,001 - $50  million | ☐ $1,000,000,001 - $10 billion |
| ☐ $100,001 - $500,000 | ☐ $50,000,001 - $100 million | ☐ $10,000,000,001 - $50 billion |
| ☐ $500,001 - $1 million | ☐ $100,000,001 - $500 million | ☐ More than $50 billion |

4/01/24  8:25PM

| Debtor | Costa Shipping & Delivery, Inc. | Case number (*if known*) | |
|---|---|---|---|
| | Name | | |

## Request for Relief, Declaration, and Signatures

**WARNING --** Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17. Declaration and signature of authorized representative of debtor**

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

I have been authorized to file this petition on behalf of the debtor.

I have examined the information in this petition and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on   April  1, 2024
              MM / DD / YYYY

**X** /s/ Nathan Costa                                    Nathan Costa
Signature of authorized representative of debtor          Printed name

Title   Officer

---

**18. Signature of attorney**

**X** /s/ Steven E. Cowen                          Date   April  1, 2024
Signature of attorney for debtor                          MM / DD / YYYY

Steven E. Cowen 132988
Printed name

S. E. Cowen Law
Firm name

333 H St.
Ste. 5000
Chula Vista, CA 91910
Number, Street, City, State & ZIP Code

Contact phone   6192027511         Email address   cowen.christian@secowenlaw.com

132988 CA
Bar number and State

| Fill in this information to identify the case: | |
|---|---|
| Debtor name | Costa Shipping & Delivery, Inc. |
| United States Bankruptcy Court for the: | SOUTHERN DISTRICT OF CALIFORNIA |
| Case number (if known) | |

☐ Check if this is an
amended filing

Official Form 202
# Declaration Under Penalty of Perjury for Non-Individual Debtors    12/15

An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date. Bankruptcy Rules 1008 and 9011.

WARNING -- Bankruptcy fraud is a serious crime. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

## Declaration and signature

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

- ■ *Schedule A/B: Assets–Real and Personal Property* (Official Form 206A/B)
- ■ *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)
- ■ *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)
- ■ *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G)
- ■ *Schedule H: Codebtors* (Official Form 206H)
- ■ *Summary of Assets and Liabilities for Non-Individuals* (Official Form 206Sum)
- ☐ Amended *Schedule* _____
- ■ *Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders* (Official Form 204)
- ☐ Other document that requires a declaration _____

I declare under penalty of perjury that the foregoing is true and correct.

Executed on   April  1, 2024            X /s/ Nathan Costa
                                        Signature of individual signing on behalf of debtor

                                        Nathan Costa
                                        Printed name

                                        Officer
                                        Position or relationship to debtor

<table>
<tr><td colspan="2" style="background:black;color:white">Fill in this information to identify the case:</td></tr>
<tr><td>Debtor name</td><td>Costa Shipping & Delivery, Inc.</td></tr>
<tr><td>United States Bankruptcy Court for the:</td><td>SOUTHERN DISTRICT OF CALIFORNIA</td></tr>
<tr><td>Case number (if known):</td><td></td></tr>
</table>

☐ Check if this is an

amended filing

# Official Form 204

## Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders
**12/15**

**A list of creditors holding the 20 largest unsecured claims must be filed in a Chapter 11 or Chapter 9 case. Include claims which the debtor disputes. Do not include claims by any person or entity who is an insider, as defined in 11 U.S.C. § 101(31).  Also, do not include claims by secured creditors, unless the unsecured claim resulting from inadequate collateral value places the creditor among the holders of the 20 largest unsecured claims.**

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| American Express Business Rewards Account P.O. Box 0001 Los Angeles, CA 90096 | | UNSECURED LINE OF CREDIT. | | | | $51,554.83 |
| American Express Business Rewards Account P.O. Box 0001 Los Angeles, CA 90096 | | UNSECURED LINE OF CREDIT. | | | | $42,041.64 |
| Bank of America P.O. Box 660441 Dallas, TX 75266 | | UNSECURED LINE OF CREDIT. | | | | $110,000.00 |
| GreatAmerica Financial Services Corp. 625 1st St., Ste. 800 Cedar Rapids, IA 52401 | | 3 Trucks: Truck Unit Number: 505267. 2021 Ford E350, Style: Stepvan P500 (Last 5 digits of VIN: 139410. Mileage: 24,057. Valuation: $28,000. | | $206,974.02 | $84,000.00 | $122,974.02 |
| GreatAmerica Financial Services Corp. 625 1st St., Ste. 800 Cedar Rapids, IA 52401 | | 2 Trucks: Truck Unit Number: 478709. 2022 Ford E350, Style: Stepvan P500 (Last 5 digits of VIN: 23929). Mileage: 82,993. Valuation: $36,988. | | $94,677.61 | $73,976.00 | $20,701.61 |

| Debtor | Costa Shipping & Delivery, Inc. | | Case number *(if known)* | |
| | Name | | | |

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| Hanmi Bank 4637 Convoy St Ste 101 San Diego, CA 92111 | | Truck Unit Number: 474806 2021 Ford F59, Style: Stepvan P1000 (Last 5 digits of VIN: 12000). Mileage: 61,736. Valuation: $35,000. | | $53,927.28 | $35,000.00 | $18,927.28 |
| Hanmi Bank 4637 Convoy St Ste 101 San Diego, CA 92111 | | 2 Trucks: Truck Unit Number: 472946. 2021 Ford F59, Style: Stepvan P1000 (Last 5 digits of VIN: 11999). Mileage: 97,291. Valuation: $35,000. | | $105,418.80 | $70,000.00 | $35,418.80 |
| Itria Ventures, LLC 1000 N West St #1200 Wilmington, DE 19801 | | WORKING CAPITAL LOAN. | | | | $44,026.60 |
| Itria Ventures, LLC 1000 N West St #1200 Wilmington, DE 19801 | | WORKING CAPITAL LOAN. | | | | $91,016.61 |
| Leaf Commercial Capital, Inc. One Commerce Square 2005 Market St. Philadelphia, PA 19103 | | 2 Trucks: Truck Unit Number: 478719. 2022 Ford E350, Style: Stepvan P500 (Last 5 digits of VIN: 23927). Mileage: 52,231. Valuation: $36,988. | | $95,022.01 | $73,976.00 | $21,046.01 |
| Small Business Administration EIDL Loan P.O. Box 3918 Portland, OR 97208-3918 | | EIDL LOAN. | | | | $205,075.00 |
| Small Business Administration Payroll Protection Program P.O. Box 3918 Portland, OR 97208-3918 | | PAYROLL PROTECTION PROGRAM LOAN. | | | | $82,247.86 |

| Debtor | Costa Shipping & Delivery, Inc. | | Case number *(if known)* | |
|---|---|---|---|---|
| | Name | | | |

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| Spencer and Carli Patton Sanctified Shipping, Inc. 2935 Berry Hill Dr. Nashville, TN 37204 | | SUBORDINATED PURCHASE AGREEMENT. | | | | $299,480.00 |
| Verdant Commercial Capital 9987 Carver Rd Suite 110 Cincinnati, OH 45242 | | 3 Trucks: Truck Unit Number: 507395. 2022 Ford F59, Style: Stepvan P700 (Last 5 digits of VIN: 17997). Mileage: 18,875. Valuation: $42,900. | | $187,297.00 | $126,800.00 | $60,497.00 |
| Verdant Commercial Capital 9987 Carver Rd Suite 110 Cincinnati, OH 45242 | | 3 Trucks: Truck Unit Number: 505262. 2022 Ford F59, Style: Stepvan P1000 (Last 5 digits of VIN: 20232). Mileage: 15,320. Valuation: $41,000. | | $183,261.90 | $123,000.00 | $60,261.90 |
| Verdant Commercial Capital 9987 Carver Rd Suite 110 Cincinnati, OH 45242 | | 3 Trucks: Truck Unit Number: 505259. 2020 Ford F59, Style: Stepvan P700 (Last 5 digits of VIN: 14964). Mileage: 23,278. Valuation: $49,995. T | | $169,061.82 | $149,985.00 | $19,076.82 |
| Verdant Commercial Capital 9987 Carver Rd Suite 110 Cincinnati, OH 45242 | | 4 Trucks: Truck Unit Number: 478711. 2022 Ford E350, Style: Stepvan P500 (Last 5 digits of VIN: 23921). Mileage: 71,522. Valuation: $36,988.00 | | $164,221.97 | $147,952.00 | $16,269.97 |

Debtor   Costa Shipping & Delivery, Inc.                                    Case number *(if known)*
                    Name

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| Verdant Commercial Capital 9987 Carver Rd Suite 110 Cincinnati, OH 45242 | | 2 Trucks: Truck Unit Number: 505265. 2022 Ford F59, Style: Stepvan P1000 (Last 5 digits of VIN: 20171). Mileage: 17,046. Valuation: $41,000. | | $114,262.98 | $69,000.00 | $45,262.98 |
| Verdant Commercial Capital 9987 Carver Rd Suite 110 Cincinnati, OH 45242 | | Truck Unit Number: 507391. 2021 Ford E350, Style: Stepvan P500 (Last 5 digits of VIN: 35030). Mileage: 25,978. Valuation: $28,000. | | $54,950.00 | $28,000.00 | $26,950.00 |
| Wages owed to Employees As of 4/1/2024. | | Wages owed to employees on date of bankruptcy case filing for work done the week prior to filing. No individual employee owed more than $1800. Comp | | | | $48,500.00 |

4/01/24  8:25PM

---

**Fill in this information to identify the case:**

Debtor name     Costa Shipping & Delivery, Inc.

United States Bankruptcy Court for the:    SOUTHERN DISTRICT OF CALIFORNIA

Case number (if known)       

☐ Check if this is an
     amended filing

## Official Form 206Sum
## Summary of Assets and Liabilities for Non-Individuals      **12/15**

| Part 1: | Summary of Assets |
|---|---|

1.   ***Schedule A/B: Assets-Real and Personal Property*** (Official Form 206A/B)

    1a. **Real property:**
       Copy line 88 from *Schedule A/B*............................................................................................    $     0.00

    1b. **Total personal property:**
       Copy line 91A from *Schedule A/B*........................................................................................    $     1,390,911.00

    1c. **Total of all property:**
       Copy line 92 from *Schedule A/B*..........................................................................................    $     1,390,911.00

| Part 2: | Summary of Liabilities |
|---|---|

2.   ***Schedule D: Creditors Who Have Claims Secured by Property*** (Official Form 206D)
    Copy the total dollar amount listed in Column A, *Amount of claim,* from line 3 of *Schedule D*...................    $     1,875,546.59

3.   ***Schedule E/F: Creditors Who Have Unsecured Claims*** (Official Form 206E/F)

    3a. **Total claim amounts of priority unsecured claims:**
       Copy the total claims from Part 1 from line 5a of *Schedule E/F*........................................................    $     48,500.00

    3b. **Total amount of claims of nonpriority amount of unsecured claims:**
       Copy the total of the amount of claims from Part 2 from line 5b of *Schedule E/F*...............................    +$     946,640.34

4.   Total liabilities ....................................................................................................
    Lines 2 + 3a + 3b             $     2,870,686.93

---

Software Copyright (c) 1996-2023 Best Case, LLC - www.bestcase.com

**Fill in this information to identify the case:**

Debtor name  Costa Shipping & Delivery, Inc.

United States Bankruptcy Court for the:  SOUTHERN DISTRICT OF CALIFORNIA

Case number (if known) _____

☐ Check if this is an amended filing

## Official Form 206A/B
## Schedule A/B: Assets - Real and Personal Property            12/15

Disclose all property, real and personal, which the debtor owns or in which the debtor has any other legal, equitable, or future interest. Include all property in which the debtor holds rights and powers exercisable for the debtor's own benefit. Also include assets and properties which have no book value, such as fully depreciated assets or assets that were not capitalized. In Schedule A/B, list any executory contracts or unexpired leases. Also list them on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G).

Be as complete and accurate as possible. If more space is needed, attach a separate sheet to this form. At the top of any pages added, write the debtor's name and case number (if known). Also identify the form and line number to which the additional information applies. If an additional sheet is attached, include the amounts from the attachment in the total for the pertinent part.

For Part 1 through Part 11, list each asset under the appropriate category or attach separate supporting schedules, such as a fixed asset schedule or depreciation schedule, that gives the details for each asset in a particular category. List each asset only once. In valuing the debtor's interest, do not deduct the value of secured claims. See the instructions to understand the terms used in this form.

| Part 1: | Cash and cash equivalents |
| --- | --- |

1. **Does the debtor have any cash or cash equivalents?**

☐ No. Go to Part 2.
■ Yes Fill in the information below.

| All cash or cash equivalents owned or controlled by the debtor | | | Current value of debtor's interest |
| --- | --- | --- | --- |

3. **Checking, savings, money market, or financial brokerage accounts** *(Identify all)*

| | Name of institution (bank or brokerage firm) | Type of account | Last 4 digits of account number | |
| --- | --- | --- | --- | --- |
| 3.1. | Bank of America business advantage checking account. | Business checking. | 3935 | $44,330.00 |
| 3.2. | Bank of America business advantage savings account. | Business savings. | 3623 | $1.00 |

4. **Other cash equivalents** *(Identify all)*

5. **Total of Part 1.**

Add lines 2 through 4 (including amounts on any additional sheets). Copy the total to line 80.

$44,331.00

| Part 2: | Deposits and Prepayments |
| --- | --- |

6. **Does the debtor have any deposits or prepayments?**

■ No. Go to Part 3.
☐ Yes Fill in the information below.

| Part 3: | Accounts receivable |
| --- | --- |

10. **Does the debtor have any accounts receivable?**

■ No. Go to Part 4.
☐ Yes Fill in the information below.

Debtor   Costa Shipping & Delivery, Inc.
Name                                                Case number *(If known)*

---

**Part 4:     Investments**

13. **Does the debtor own any investments?**

■ No.  Go to Part 5.
□ Yes Fill in the information below.

---

**Part 5:     Inventory, excluding agriculture assets**

18. **Does the debtor own any inventory (excluding agriculture assets)?**

□ No.  Go to Part 6.
■ Yes Fill in the information below.

| General description | Date of the last physical inventory | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|
| 19.   **Raw materials** | | | | |
| 20.   **Work in progress** | | | | |
| 21.   **Finished goods, including goods held for resale** | | | | |
| 22.   **Other inventory or supplies** Unused uniforms and hand tools. | | $0.00 | Replacement | $2,500.00 |

23.  **Total of Part 5.**                                                         $2,500.00
     Add lines 19 through 22.  Copy the total to line 84.

24.  **Is any of the property listed in Part 5 perishable?**
     ■ No
     □ Yes

25.  **Has any of the property listed in Part 5 been purchased within 20 days before the bankruptcy was filed?**
     ■ No
     □ Yes. Book value _____ Valuation method _____ Current Value _____

26.  **Has any of the property listed in Part 5 been appraised by a professional within the last year?**
     ■ No
     □ Yes

---

**Part 6:     Farming and fishing-related assets (other than titled motor vehicles and land)**

27. **Does the debtor own or lease any farming and fishing-related assets (other than titled motor vehicles and land)?**

■ No.  Go to Part 7.
□ Yes Fill in the information below.

---

**Part 7:     Office furniture, fixtures, and equipment; and collectibles**

38. **Does the debtor own or lease any office furniture, fixtures, equipment, or collectibles?**

■ No.  Go to Part 8.
□ Yes Fill in the information below.

---

**Part 8:     Machinery, equipment, and vehicles**

46. **Does the debtor own or lease any machinery, equipment, or vehicles?**

□ No.  Go to Part 9.

---

Official Form 206A/B              Schedule A/B Assets - Real and Personal Property              page  2

Debtor    Costa Shipping & Delivery, Inc.                                    Case number *(If known)* _____
          Name

■ Yes Fill in the information below.

| General description<br>Include year, make, model, and identification numbers<br>(i.e., VIN, HIN, or N-number) | Net book value of<br>debtor's interest<br>(Where available) | Valuation method used<br>for current value | Current value of<br>debtor's interest |
|---|---|---|---|
| **47.    Automobiles, vans, trucks, motorcycles, trailers, and titled farm vehicles** | | | |
| 47.1.    2 Trucks:<br><br>Truck Unit Number: 475715.<br>2022 Ford 350, Style: Cutaway (Last 5<br>digits of VIN: 14193).<br>Mileage: 64,127.<br>Valuation: $34,200.<br><br>Truck Unit Number: 475716.<br>2022 Ford 350, Style: Cutaway (Last 5<br>digits of VIN: 14195).<br>Mileage: 35,103.<br>Valuation: $39,650. | $0.00 | Comparable sale | $73,850.00 |
| 47.2.    2 Trucks:<br><br>Truck Unit Number: 475718.<br>2022 Ford 350, Style: Cutaway (Last 5<br>digits of VIN: 14159).<br>Mileage: 95,727.<br>Valuation: $34,750.<br><br>Truck Unit Number: 475719<br>2022 Ford 350, Style: Cutaway (Last 5<br>digits of VIN: 14160).<br>Mileage: 78,147.<br>Valuation: $35,995. | $0.00 | Comparable sale | $70,745.00 |
| 47.3.    3 Trucks:<br><br>Truck Unit Number: 475713.<br>2022 Ford 350, Style: Cutaway (Last 5<br>digits of VIN: 13879).<br>Mileage: 65,360.<br>Valuation: $34,200.<br><br>Truck Unit Number: 475714.<br>2022 Ford 350, Style: Cutaway (Last 5<br>digits of VIN: 13880).<br>Mileage: 107,217.<br>Valuation: $29,995.<br><br>Truck Unit Number: 475712.<br>2022 Ford 350, Style: Cutaway (Last 5<br>digits of VIN: 13878).<br>Mileage: 95,989.<br>Valuation: $34,750. | $0.00 | | $98,945.00 |

4/01/24 8:25PM

| Debtor | Costa Shipping & Delivery, Inc. | | Case number *(If known)* | |
|---|---|---|---|---|
| | *Name* | | | |

| | | | | |
|---|---|---|---|---|
| 47.4. | Truck Unit Number: 474807.<br>2021 Ford f59, Style: Stepvan P1000 (Last<br>5 digits of VIN: 07701).<br>Mileage: 77,016.<br>Valuation: $35,000. | $0.00 | Comparable sale | $35,000.00 |
| 47.5. | 3 Trucks:<br><br>Truck Unit Number: 505267.<br>2021 Ford E350, Style: Stepvan P500 (Last<br>5 digits of VIN: 139410.<br>Mileage: 24,057.<br>Valuation: $28,000.<br><br>Truck Unit Number: 505268.<br>2021 Ford E350, Style: Stepvan P500 (Last<br>5 digits of VIN: 23907).<br>Mileage: 30,238.<br>Valuation: $28,000.<br><br>Truck Unit Number: 505269.<br>2021 Ford E350, Style: Stepvan P500 (Last<br>5 digits of VIN: 23908).<br>Mileage: 31,029.<br>Valuation: $28,000. | $0.00 | Comparable sale | $84,000.00 |
| 47.6. | 2 Trucks:<br><br>Truck Unit Number: 478709.<br>2022 Ford E350, Style: Stepvan P500 (Last<br>5 digits of VIN: 23929).<br>Mileage: 82,993.<br>Valuation: $36,988.<br><br>Truck Unit Number: 478710<br>2022 Ford E350, Style: Stepvan P500 (Last<br>5 digits of VIN: 23930).<br>Mileage: 56,433.<br>Valuation: $36,988. | $0.00 | Comparable sale | $73,976.00 |
| 47.7. | 2 Trucks:<br><br>Truck Unit Number: 472946.<br>2021 Ford F59, Style: Stepvan P1000 (Last<br>5 digits of VIN: 11999).<br>Mileage: 97,291.<br>Valuation: $35,000.<br><br>Truck Unit Number: 472945.<br>2021 Ford F59, Style: Stepvan P1000 (Last<br>5 digits of VIN: 11998).<br>Mileage: 88,426.<br>Valuation: $35,000. | $0.00 | Comparable sale | $70,000.00 |

4/01/24 8:25PM

| Debtor | Costa Shipping & Delivery, Inc. | | Case number *(If known)* | |
|---|---|---|---|---|
| | Name | | | |

| | | | | |
|---|---|---|---|---|
| 47.8. | Truck Unit Number: 474806<br>2021 Ford F59, Style: Stepvan P1000 (Last 5 digits of VIN: 12000).<br>Mileage: 61,736.<br>Valuation: $35,000. | $0.00 | Comparable sale | $35,000.00 |
| 47.9. | Truck Unit Number: 478708.<br>2022 Ford E350 Style: Stepvan P500 (Last 5 digits of VIN: 23926).<br>Mileage: 57,496.<br>Valuation: $36,988. | $0.00 | Comparable sale | $36,988.00 |
| 47.10. | 2 Trucks:<br><br>Truck Unit Number: 478719.<br>2022 Ford E350, Style: Stepvan P500 (Last 5 digits of VIN: 23927).<br>Mileage: 52,231.<br>Valuation: $36,988.<br><br>Truck Unit Number: 478718.<br>2022 Ford E350, Style: Stepvan P500 (Last 5 digits of VIN: 23928).<br>Mileage: 61,092.<br>Valuation: $36,988. | $0.00 | Comparable sale | $73,976.00 |
| 47.11. | 4 Trucks:<br><br>Truck Unit Number: 478711.<br>2022 Ford E350, Style: Stepvan P500 (Last 5 digits of VIN: 23921).<br>Mileage: 71,522.<br>Valuation: $36,988.00<br><br>Truck Unit Number: 478714.<br>2022 Ford E350, Style: Stepvan P500 (Last 5 digits of VIN: 23923).<br>Mileage: 68,438.<br>Valuation: $36,988.<br><br>Truck Unit Number: 478715.<br>2022 Ford E350, Style: Stepvan P500 (Last 5 digits of VIN: 23924.)<br>Mileage: 95,700.<br>Valuation: $36,988.<br><br>Truck Unit Number: 478717.<br>2022 Ford E350, Style: Stepvan P500 (Last 5 digits of VIN: 23925).<br>Mileage: 89,622.<br>Valuation: $36,988. | $0.00 | Comparable sale | $147,952.00 |

| Debtor | Costa Shipping & Delivery, Inc. | Case number *(If known)* | |
|---|---|---|---|
| | Name | | |

| | | | | |
|---|---|---|---|---|
| 47.12 · | 3 Trucks:<br><br>Truck Unit Number: 507395.<br>2022 Ford F59, Style: Stepvan P700 (Last 5 digits of VIN: 17997).<br>Mileage: 18,875.<br>Valuation: $42,900.<br><br>Truck Unit Number: 507392.<br>2022 Ford F59, Style: Stepvan P1000 (Last 5 digits of VIN: 04769).<br>Mileage: 10,654.<br>Valuation: $41,000.<br><br>Truck Unit Number: 507394.<br>2022 Ford F59, Style: Stepvan P700 (Last 5 digits of VIN: 17878).<br>Mileage: 18,271.<br>Valuation: $42,900. | $0.00 | Comparable sale | $126,800.00 |
| 47.13 · | Truck Unit Number: 507391.<br>2021 Ford E350, Style: Stepvan P500 (Last 5 digits of VIN: 35030).<br>Mileage: 25,978.<br>Valuation: $28,000. | $0.00 | Comparable sale | $28,000.00 |
| 47.14 · | 3 Trucks:<br><br>Truck Unit Number: 505259.<br>2020 Ford F59, Style: Stepvan P700 (Last 5 digits of VIN: 14964).<br>Mileage: 23,278.<br>Valuation: $49,995.<br><br>Truck Unit Number: 505260.<br>2020 Ford F59, Style: Stepvan P700 (Last 5 digits of VIN: 14915).<br>Mileage: 24,935.<br>Valuation: $49,995.<br><br>Truck Unit Number: 505261.<br>2020 Ford F59, Style: Stepvan P700 (Last 5 digits of VIN: 14724).<br>Mileage: 20,151.<br>Valuation: $49,995. | $0.00 | Comparable sale | $149,985.00 |

4/01/24  8:25PM

| Debtor | Costa Shipping & Delivery, Inc. | Case number *(If known)* | |
|---|---|---|---|
| | Name | | |

47.15 · 3 Trucks:

Truck Unit Number: 505262.
2022 Ford F59, Style: Stepvan P1000 (Last 5 digits of VIN: 20232).
Mileage: 15,320.
Valuation: $41,000.

Truck Unit Number: 505263.
2022 Ford F59, Style: Stepvan P1000 (Last 5 digits of VIN: 21698).
Mileage: 20,920.
Valuation: $41,000.

Truck Unit Number: 505264.
2022 Ford F59, Style: Stepvan P1000 (Last 5 digits of VIN: 21704).
Mileage: 13,270.
Valuation: $41,000.                                    $0.00    Comparable sale                    $123,000.00

47.16 · 2 Trucks:

Truck Unit Number: 505265.
2022 Ford F59, Style: Stepvan P1000 (Last 5 digits of VIN: 20171).
Mileage: 17,046.
Valuation: $41,000.

Truck Unit Number: 505266.
2021 Ford E350, Style: Stepvan P500 (Last 5 digits of VIN: 35028).
Mileage: 26,765.
Valuation: $28,000.                                    $0.00    Comparable sale                    $69,000.00

47.17 · 2 Trucks:

Truck Unit Number: 462060.
2020 Ford Transit, Style: Cutaway (Last 5 digits of VIN: 62379
Mileage: 116,090.
Valuation: $19,000.

Truck Unit Number: 462057.
2020 Ford Transit, Style: Cutaway (Last 5 digits of VIN: 62390).
Mileage: 49,920.
Valuation: $19,000.                                    $0.00    Comparable sale                    $38,000.00

47.18 · 2007 Toyota Camry, (Last 5 of Vin: 53737.
Mileage: 163,331.
This vehicle is owned outright.                        $0.00    Comparable sale                    $3,764.00

Debtor    Costa Shipping & Delivery, Inc.                                   Case number *(If known)*
          Name

47.19   Broken down truck used to store items:
.
        1998 Freightliner P1000 Step Van (Last 5
        of VIN: 12322).
        Mileaage: 365,559.

        This vehicle does not run.              $0.00    N/A                      $4,999.00

---

48.   **Watercraft, trailers, motors, and related accessories** *Examples:* Boats, trailers, motors,
      floating homes, personal watercraft, and fishing vessels

49.   **Aircraft and accessories**

50.   **Other machinery, fixtures, and equipment (excluding farm
      machinery and equipment)**

51.   **Total of Part 8.**                                                  $1,343,980.00
      Add lines 47 through 50.  Copy the total to line 87.

52.   **Is a depreciation schedule available for any of the property listed in Part 8?**
      ☐ No
      ■ Yes

53.   **Has any of the property listed in Part 8 been appraised by a professional within the last year?**
      ■ No
      ☐ Yes

| Part 9: | Real property |
|---|---|

54. **Does the debtor own or lease any real property?**

      ■ No.  Go to Part 10.
      ☐ Yes Fill in the information below.

| Part 10: | Intangibles and intellectual property |
|---|---|

59. **Does the debtor have any interests in intangibles or intellectual property?**

      ☐ No.  Go to Part 11.
      ■ Yes Fill in the information below.

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| 60.   **Patents, copyrights, trademarks, and trade secrets** | | | |
| 61.   **Internet domain names and websites** https://www.costashippinganddelivery.com/ . This is Debtor's sole online domain. | $0.00 | Appraisal | $100.00 |

62.   **Licenses, franchises, and royalties**

63.   **Customer lists, mailing lists, or other compilations**

64.   **Other intangibles, or intellectual property**

65.   **Goodwill**

Debtor    Costa Shipping & Delivery, Inc.                                      Case number *(If known)* _____
_____
Name

66.    **Total of Part 10.**                                                          | $100.00 |

Add lines 60 through 65. Copy the total to line 89.

67.    **Do your lists or records include personally identifiable information of customers** (as defined in 11 U.S.C.§§ 101(41A) and 107?
■ No
☐ Yes

68.    **Is there an amortization or other similar schedule available for any of the property listed in Part 10?**
■ No
☐ Yes

69.    **Has any of the property listed in Part 10 been appraised by a professional within the last year?**
■ No
☐ Yes

<br>

**Part 11:**    **All other assets**

70.    **Does the debtor own any other assets that have not yet been reported on this form?**
Include all interests in executory contracts and unexpired leases not previously reported on this form.

☐ No.  Go to Part 12.
■ Yes Fill in the information below.

|  | **Current value of debtor's interest** |
|---|---|

71.    **Notes receivable**
Description (include name of obligor)

72.    **Tax refunds and unused net operating losses (NOLs)**
Description (for example, federal, state, local)
Debtor's 2023 income tax returns have not been filed.
Debtor does know the amount it should expect to receive as
a 2023 tax refund. Debtor estimates the complete amount of
all 2023 tax refunds to be between $10,000 and $30,000.          Tax year 2023 _____        Unknown

73.    **Interests in insurance policies or annuities**

74.    **Causes of action against third parties (whether or not a lawsuit has been filed)**

75.    **Other contingent and unliquidated claims or causes of action of every nature, including counterclaims of the debtor and rights to set off claims**

76.    **Trusts, equitable or future interests in property**

77.    **Other property of any kind not already listed** *Examples:* Season tickets,
country club membership

78.    **Total of Part 11.**                                                          | $0.00 |

Add lines 71 through 77. Copy the total to line 90.

79.    **Has any of the property listed in Part 11 been appraised by a professional within the last year?**
■ No
☐ Yes

Debtor  Costa Shipping & Delivery, Inc.
        Name                                                Case number *(If known)*

| Part 12: | Summary |
|---|---|

**In Part 12 copy all of the totals from the earlier parts of the form**

| Type of property | Current value of personal property | Current value of real property |
|---|---|---|
| 80. **Cash, cash equivalents, and financial assets.** *Copy line 5, Part 1* | $44,331.00 | |
| 81. **Deposits and prepayments.** *Copy line 9, Part 2.* | $0.00 | |
| 82. **Accounts receivable.** *Copy line 12, Part 3.* | $0.00 | |
| 83. **Investments.** *Copy line 17, Part 4.* | $0.00 | |
| 84. **Inventory.** *Copy line 23, Part 5.* | $2,500.00 | |
| 85. **Farming and fishing-related assets.** *Copy line 33, Part 6.* | $0.00 | |
| 86. **Office furniture, fixtures, and equipment; and collectibles.** *Copy line 43, Part 7.* | $0.00 | |
| 87. **Machinery, equipment, and vehicles.** *Copy line 51, Part 8.* | $1,343,980.00 | |
| 88. **Real property.** *Copy line 56, Part 9.* ......................................................> | | $0.00 |
| 89. **Intangibles and intellectual property.** *Copy line 66, Part 10.* | $100.00 | |
| 90. **All other assets.** *Copy line 78, Part 11.* | + $0.00 | |
| 91. **Total.** Add lines 80 through 90 for each column | $1,390,911.00 | + 91b. $0.00 |
| 92. **Total of all property on Schedule A/B.** Add lines 91a+91b=92 | | $1,390,911.00 |

Official Form 206A/B                Schedule A/B Assets - Real and Personal Property                page 10

**Fill in this information to identify the case:**

Debtor name _Costa Shipping & Delivery, Inc._

United States Bankruptcy Court for the: _SOUTHERN DISTRICT OF CALIFORNIA_

Case number (if known) _____

☐ Check if this is an
   amended filing

## Official Form 206D
## Schedule D: Creditors Who Have Claims Secured by Property          12/15

Be as complete and accurate as possible.

**1. Do any creditors have claims secured by debtor's property?**

☐ No. Check this box and submit page 1 of this form to the court with debtor's other schedules. Debtor has nothing else to report on this form.

☑ Yes. Fill in all of the information below.

**Part 1:    List Creditors Who Have Secured Claims**

2. **List in alphabetical order all creditors who have secured claims.** If a creditor has more than one secured claim, list the creditor separately for each claim.

| | | Column A | Column B |
|---|---|---|---|
| | | **Amount of claim** | **Value of collateral that supports this claim** |
| | | Do not deduct the value of collateral. | |
| **2.1** GreatAmerica<br>Creditor's Name | **Describe debtor's property that is subject to a lien**<br>3 Trucks:<br><br>Truck Unit Number: 505267.<br>2021 Ford E350, Style: Stepvan P500 (Last 5 digits of VIN: 139410.<br>Mileage: 24,057.<br>Valuation: $28,000.<br><br>Truck Unit Number: 505268.<br>2021 Ford E350, Style: Stepvan P500 (Last 5 digits of VIN: 23 | $206,974.02 | $84,000.00 |

Financial Services Corp.
625 1st St., Ste. 800
Cedar Rapids, IA 52401

Creditor's mailing address

**Describe the lien**
Purchase Money Security

**Is the creditor an insider or related party?**
☑ No
☐ Yes

Creditor's email address, if known

**Is anyone else liable on this claim?**
☐ No
☑ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Date debt was incurred**
8/2023

**Last 4 digits of account number**
7740

**Do multiple creditors have an interest in the same property?**
☑ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

**As of the petition filing date, the claim is:**
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

| **2.2** GreatAmerica | **Describe debtor's property that is subject to a lien** | $94,677.61 | $73,976.00 |
|---|---|---|---|

4/01/24 8:25PM

Debtor    Costa Shipping & Delivery, Inc.
_____
Name

Case number (if known) _____

| | |
|---|---|
| Creditor's Name | 2 Trucks: |
| | Truck Unit Number: 478709. |
| | 2022 Ford E350, Style: Stepvan P500 (Last 5 digits of VIN: 23929). |
| | Mileage: 82,993. |
| | Valuation: $36,988. |
| Financial Services Corp.<br>625 1st St., Ste. 800<br>Cedar Rapids, IA 52401 | Truck Unit Number: 478710<br>2022 Ford E350, Style: Stepvan P500 (Last 5 digits of VIN: 239 |
| Creditor's mailing address | **Describe the lien**<br>Purchase Money Security |
| | **Is the creditor an insider or related party?**<br>■ No<br>☐ Yes |
| Creditor's email address, if known | **Is anyone else liable on this claim?**<br>☐ No<br>■ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H) |
| **Date debt was incurred**<br>8/2022 | |
| **Last 4 digits of account number**<br>0495 | |
| **Do multiple creditors have an interest in the same property?**<br>■ No<br>☐ Yes. Specify each creditor, including this creditor and its relative priority. | **As of the petition filing date, the claim is:**<br>Check all that apply<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed |

| | | | |
|---|---|---|---|
| 2.3 | Hanmi Bank | Describe debtor's property that is subject to a lien | $105,418.80 | $70,000.00 |

| | |
|---|---|
| Creditor's Name | 2 Trucks: |
| | Truck Unit Number: 472946. |
| | 2021 Ford F59, Style: Stepvan P1000 (Last 5 digits of VIN: 11999). |
| | Mileage: 97,291. |
| | Valuation: $35,000. |
| 4637 Convoy St Ste 101<br>San Diego, CA 92111 | Truck Unit Number: 472945.<br>2021 Ford F59, Style: Stepvan P1000 (Last 5 digits of VIN: 119 |
| Creditor's mailing address | **Describe the lien**<br>Purchase Money Security |
| | **Is the creditor an insider or related party?**<br>■ No<br>☐ Yes |
| Creditor's email address, if known | **Is anyone else liable on this claim?**<br>☐ No<br>■ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H) |
| **Date debt was incurred**<br>11/2021 | |
| **Last 4 digits of account number**<br>1391 | |
| **Do multiple creditors have an interest in the same property?**<br>■ No<br>☐ Yes. Specify each creditor, including this creditor and its relative priority. | **As of the petition filing date, the claim is:**<br>Check all that apply<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed |

4/01/24 8:25PM

Debtor    Costa Shipping & Delivery, Inc.                              Case number (if known) _____
              Name

| 2.4 | Hanmi Bank | Describe debtor's property that is subject to a lien | $53,927.28 | $35,000.00 |

Creditor's Name

**Describe debtor's property that is subject to a lien**
Truck Unit Number: 474806
2021 Ford F59, Style: Stepvan P1000 (Last 5 digits of VIN: 12000).
Mileage: 61,736.
Valuation: $35,000.

4637 Convoy St Ste 101
San Diego, CA 92111

Creditor's mailing address

**Describe the lien**
Purchase Money Security

**Is the creditor an insider or related party?**
■ No
☐ Yes

Creditor's email address, if known

**Is anyone else liable on this claim?**
☐ No
■ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Date debt was incurred**
12/2021

**Last 4 digits of account number**
6191

**As of the petition filing date, the claim is:**
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

**Do multiple creditors have an interest in the same property?**
■ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

---

| 2.5 | Hanmi Bank | Describe debtor's property that is subject to a lien | $47,671.52 | $36,988.00 |

Creditor's Name

**Describe debtor's property that is subject to a lien**
Truck Unit Number: 478708.
2022 Ford E350 Style: Stepvan P500 (Last 5 digits of VIN: 23926).
Mileage: 57,496.
Valuation: $36,988.

4637 Convoy St Ste 101
San Diego, CA 92111

Creditor's mailing address

**Describe the lien**
Purchase Money Security

**Is the creditor an insider or related party?**
■ No
☐ Yes

Creditor's email address, if known

**Is anyone else liable on this claim?**
☐ No
■ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Date debt was incurred**
8/2022

**Last 4 digits of account number**
4221

**As of the petition filing date, the claim is:**
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

**Do multiple creditors have an interest in the same property?**
■ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

---

| 2.6 | Leaf Commercial Capital, Inc. | Describe debtor's property that is subject to a lien | $95,022.01 | $73,976.00 |

---

Official Form 206D          Additional Page of **Schedule D: Creditors Who Have Claims Secured by Property**          page 3 of 10

4/01/24  8:25PM

Debtor    Costa Shipping & Delivery, Inc.
_____    Case number (if known) _____
          Name

Creditor's Name
_____

2 Trucks:

Truck Unit Number: 478719.
2022 Ford E350, Style: Stepvan P500 (Last 5
digits of VIN: 23927).
Mileage: 52,231.
Valuation: $36,988.

One Commerce Square
2005 Market St.
Philadelphia, PA 19103

Truck Unit Number: 478718.
2022 Ford E350, Style: Stepvan P500 (Last 5
digits of VIN: 23

Creditor's mailing address

**Describe the lien**
Purchase Money Security

**Is the creditor an insider or related party?**
■ No
☐ Yes

Creditor's email address, if known

**Is anyone else liable on this claim?**
☐ No
■ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Date debt was incurred**
8/2022

**Last 4 digits of account number**
1001

**Do multiple creditors have an interest in the same property?**
■ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

**As of the petition filing date, the claim is:**
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

---

| 2.7 | Oakmont Capital Services | **Describe debtor's property that is subject to a lien** | $70,067.55 | $73,850.00 |
|-----|--------------------------|--------|--------|--------|

Creditor's Name

2 Trucks:

Truck Unit Number: 475715.
2022 Ford 350, Style: Cutaway (Last 5 digits of
VIN: 14193).
Mileage: 64,127.
Valuation: $34,200.

600 Willowbrook Ln Suite
601
West Chester, PA 19382

Truck Unit Number: 475716.
2022 Ford 350, Style: Cutaway (Last 5 digits of
VIN: 14195).

Creditor's mailing address

**Describe the lien**
Purchase Money Security

**Is the creditor an insider or related party?**
■ No
☐ Yes

Creditor's email address, if known

**Is anyone else liable on this claim?**
☐ No
■ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Date debt was incurred**
2/2022

**Last 4 digits of account number**
3230

**Do multiple creditors have an interest in the same property?**
■ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

**As of the petition filing date, the claim is:**
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

---

4/01/24  8:25PM

Debtor    Costa Shipping & Delivery, Inc.                                    Case number (if known)

| | |
|---|---|
| 2.8  Oakmont Capital Services | Describe debtor's property that is subject to a lien          $70,067.55          $70,745.00 |

**Creditor's Name**

2 Trucks:

Truck Unit Number: 475718.
2022 Ford 350, Style: Cutaway (Last 5 digits of VIN: 14159).
Mileage: 95,727.
Valuation: $34,750.

Truck Unit Number: 475719
2022 Ford 350, Style: Cutaway (Last 5 digits of VIN: 14160).
Mileag

600 Willowbrook Ln Suite 601
West Chester, PA 19382

**Creditor's mailing address**

**Describe the lien**
Purchase Money Security

**Is the creditor an insider or related party?**

■ No
☐ Yes

**Creditor's email address, if known**

**Is anyone else liable on this claim?**
☐ No
■ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Date debt was incurred**
2/15/2022

**Last 4 digits of account number**
3209

**As of the petition filing date, the claim is:**
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

**Do multiple creditors have an interest in the same property?**
■ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

---

| | |
|---|---|
| 2.9  Oakmont Capital Services | Describe debtor's property that is subject to a lien          $108,331.30          $98,945.00 |

**Creditor's Name**

3 Trucks:

Truck Unit Number: 475713.
2022 Ford 350, Style: Cutaway (Last 5 digits of VIN: 13879).
Mileage: 65,360.
Valuation: $34,200.

Truck Unit Number: 475714.
2022 Ford 350, Style: Cutaway (Last 5 digits of VIN: 13880).
Milea

600 Willowbrook Ln Suite 601
West Chester, PA 19382

**Creditor's mailing address**

**Describe the lien**
Purchase Money Security

**Is the creditor an insider or related party?**

■ No
☐ Yes

**Creditor's email address, if known**

**Is anyone else liable on this claim?**
☐ No
■ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Date debt was incurred**
2/2022

**Last 4 digits of account number**
3155

**As of the petition filing date, the claim is:**
Check all that apply

**Do multiple creditors have an interest in the same property?**

---

Debtor    Costa Shipping & Delivery, Inc.
_____
Name                                          Case number (if known) _____

■ No
☐ Yes. Specify each creditor,
including this creditor and its relative
priority.

☐ Contingent
☐ Unliquidated
☐ Disputed

---

| 2.1 0 | **Oakmont Capital Services** | | | |
|---|---|---|---|---|

| 2.10 | Oakmont Capital Services | **Describe debtor's property that is subject to a lien** | $50,208.30 | $35,000.00 |

**Creditor's Name**

600 Willowbrook Ln Suite 601
West Chester, PA 19382

Creditor's mailing address

Creditor's email address, if known

**Date debt was incurred**
1/2022

**Last 4 digits of account number**
1865

**Do multiple creditors have an interest in the same property?**

■ No
☐ Yes. Specify each creditor,
including this creditor and its relative
priority.

**Describe debtor's property that is subject to a lien**
Truck Unit Number: 474807.
2021 Ford f59, Style: Stepvan P1000 (Last 5 digits of VIN: 07701).
Mileage: 77,016.
Valuation: $35,000.

**Describe the lien**
Purchase Money Security

**Is the creditor an insider or related party?**
■ No
☐ Yes

**Is anyone else liable on this claim?**
☐ No
■ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**As of the petition filing date, the claim is:**
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

---

| 2.1 1 | **Stearns Bank, N.A.** | **Describe debtor's property that is subject to a lien** | $61,874.92 | Unknown |

**Creditor's Name**
St. Cloud Office
4191 SO 2nd St., PO Box 7338
Saint Cloud, MN 56302

Creditor's mailing address

Creditor's email address, if known

**Date debt was incurred**
11/2018

**Last 4 digits of account number**
7007

**Do multiple creditors have an interest in the same property?**

■ No
☐ Yes. Specify each creditor,
including this creditor and its relative
priority.

**Describe debtor's property that is subject to a lien**
Deposit account funds, value of tools and unused unifor, and the Debtor's 2023 tax refund.

**Describe the lien**
Purchase Money Security

**Is the creditor an insider or related party?**
■ No
☐ Yes

**Is anyone else liable on this claim?**
☐ No
■ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**As of the petition filing date, the claim is:**
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

---

| 2.1 2 | Verdant Commercial Capital | **Describe debtor's property that is subject to a lien** | $164,221.97 | $147,952.00 |

---

4/01/24  8:25PM

Debtor     Costa Shipping & Delivery, Inc.                              Case number (if known) _____
                        Name

| Creditor's Name | | |
|---|---|---|
| | 4 Trucks: | |
| | Truck Unit Number: 478711. 2022 Ford E350, Style: Stepvan P500 (Last 5 digits of VIN: 23921). Mileage: 71,522. Valuation: $36,988.00 | |
| | Truck Unit Number: 478714. 2022 Ford E350, Style: Stepvan P500 (Last 5 digits of VIN: | |

9987 Carver Rd Suite 110
Cincinnati, OH 45242

Creditor's mailing address

**Describe the lien**
Purchase Money Security

**Is the creditor an insider or related party?**
■ No
☐ Yes

Creditor's email address, if known

**Is anyone else liable on this claim?**
☐ No
■ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Date debt was incurred**
8/2022

**Last 4 digits of account number**
3000

**As of the petition filing date, the claim is:**
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

**Do multiple creditors have an interest in the same property?**
■ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

---

| 2.13 | Verdant Commercial Capital | Describe debtor's property that is subject to a lien | $187,297.00 | $126,800.00 |
|---|---|---|---|---|
| | Creditor's Name | 3 Trucks: | | |

Truck Unit Number: 507395.
2022 Ford F59, Style: Stepvan P700 (Last 5 digits of VIN: 17997).
Mileage: 18,875.
Valuation: $42,900.

Truck Unit Number: 507392.
2022 Ford F59, Style: Stepvan P1000 (Last 5 digits of VIN: 047

9987 Carver Rd Suite 110
Cincinnati, OH 45242

Creditor's mailing address

**Describe the lien**
Purchase Money Security

**Is the creditor an insider or related party?**
■ No
☐ Yes

Creditor's email address, if known

**Is anyone else liable on this claim?**
☐ No
■ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Date debt was incurred**
11/2023

**Last 4 digits of account number**
3004

**As of the petition filing date, the claim is:**
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

**Do multiple creditors have an interest in the same property?**
■ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

---

Official Form 206D            Additional Page of **Schedule D: Creditors Who Have Claims Secured by Property**            page 7 of 10

4/01/24  8:25PM

Debtor   Costa Shipping & Delivery, Inc.                                    Case number (if known) _____
_____
Name

| 2.1 4 | Verdant Commercial Capital | Describe debtor's property that is subject to a lien | $54,950.00 | $28,000.00 |
|---|---|---|---|---|

Creditor's Name

Truck Unit Number: 507391.
2021 Ford E350, Style: Stepvan P500 (Last 5
digits of VIN: 35030).
Mileage: 25,978.
Valuation: $28,000.

9987 Carver Rd Suite 110
Cincinnati, OH 45242

Creditor's mailing address

**Describe the lien**
Purchase Money Security

**Is the creditor an insider or related party?**

■ No
☐ Yes

Creditor's email address, if known

**Is anyone else liable on this claim?**

☐ No
■ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Date debt was incurred**
11/2023

**Last 4 digits of account number**
3005

**Do multiple creditors have an interest in the same property?**

■ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

**As of the petition filing date, the claim is:**
Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

---

| 2.1 5 | Verdant Commercial Capital | Describe debtor's property that is subject to a lien | $169,061.82 | $149,985.00 |
|---|---|---|---|---|

Creditor's Name

3 Trucks:

Truck Unit Number: 505259.
2020 Ford F59, Style: Stepvan P700 (Last 5
digits of VIN: 14964).
Mileage: 23,278.
Valuation: $49,995.

Truck Unit Number: 505260.
2020 Ford F59, Style: Stepvan P700 (Last 5
digits of VIN: 14915

9987 Carver Rd Suite 110
Cincinnati, OH 45242

Creditor's mailing address

**Describe the lien**
Purchase Money Security

**Is the creditor an insider or related party?**

■ No
☐ Yes

Creditor's email address, if known

**Is anyone else liable on this claim?**

☐ No
■ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Date debt was incurred**
8/2023

**Last 4 digits of account number**
3001

**Do multiple creditors have an interest in the same property?**

■ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

**As of the petition filing date, the claim is:**
Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

---

| 2.1 6 | Verdant Commercial Capital | Describe debtor's property that is subject to a lien | $183,261.90 | $123,000.00 |
|---|---|---|---|---|

4/01/24 8:25PM

| Debtor | Costa Shipping & Delivery, Inc. | | Case number (if known) | |
|---|---|---|---|---|
| | Name | | | |

**Creditor's Name**

3 Trucks:

Truck Unit Number: 505262.
2022 Ford F59, Style: Stepvan P1000 (Last 5 digits of VIN: 20232).
Mileage: 15,320.
Valuation: $41,000.

Truck Unit Number: 505263.
2022 Ford F59, Style: Stepvan P1000 (Last 5 digits of VIN: 21

9987 Carver Rd Suite 110
Cincinnati, OH 45242

**Creditor's mailing address**

**Describe the lien**
Purchase Money Security

**Is the creditor an insider or related party?**
■ No
☐ Yes

**Creditor's email address, if known**

**Is anyone else liable on this claim?**
☐ No
■ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Date debt was incurred**
8/2023

**Last 4 digits of account number**
3002

**Do multiple creditors have an interest in the same property?**
■ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

**As of the petition filing date, the claim is:**
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

---

| 2.17 | Verdant Commercial Capital | | **Describe debtor's property that is subject to a lien** | $114,262.98 | $69,000.00 |
|---|---|---|---|---|---|

**Creditor's Name**

2 Trucks:

Truck Unit Number: 505265.
2022 Ford F59, Style: Stepvan P1000 (Last 5 digits of VIN: 20171).
Mileage: 17,046.
Valuation: $41,000.

Truck Unit Number: 505266.
2021 Ford E350, Style: Stepvan P500 (Last 5 digits of VIN: 35

9987 Carver Rd Suite 110
Cincinnati, OH 45242

**Creditor's mailing address**

**Describe the lien**
Purchase Money Security

**Is the creditor an insider or related party?**
■ No
☐ Yes

**Creditor's email address, if known**

**Is anyone else liable on this claim?**
☐ No
■ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Date debt was incurred**
8/2023

**Last 4 digits of account number**
3003

**Do multiple creditors have an interest in the same property?**
■ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

**As of the petition filing date, the claim is:**
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

---

4/01/24  8:25PM

| Debtor | Costa Shipping & Delivery, Inc. | Case number (if known) | |
|---|---|---|---|
| | Name | | |

| 2.1 8 | White Peak Capital | **Describe debtor's property that is subject to a lien** | $38,250.06 | $38,000.00 |
|---|---|---|---|---|
| | Creditor's Name | 2 Trucks:<br>Truck Unit Number: 462060.<br>2020 Ford Transit, Style: Cutaway (Last 5 digits of VIN: 62379<br>Mileage: 116,090.<br>Valuation: $19,000.<br>Truck Unit Number: 462057.<br>2020 Ford Transit, Style: Cutaway (Last 5 digits of VIN: 62390). | | |
| | 12601 NE Woodinville Dr.<br>Ste. B-2<br>Woodinville, WA 98072 | | | |
| | Creditor's mailing address | **Describe the lien**<br>Purchase Money Security | | |
| | | **Is the creditor an insider or related party?** | | |
| | | ■ No | | |
| | Creditor's email address, if known | ☐ Yes | | |
| | **Date debt was incurred** | **Is anyone else liable on this claim?** | | |
| | 3/2024 | ■ No | | |
| | **Last 4 digits of account number** | ☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H) | | |
| | 117L | | | |
| | **Do multiple creditors have an interest in the same property?** | **As of the petition filing date, the claim is:**<br>Check all that apply | | |
| | ■ No | ☐ Contingent | | |
| | ☐ Yes. Specify each creditor, including this creditor and its relative priority. | ☐ Unliquidated | | |
| | | ☐ Disputed | | |

| 3. | Total of the dollar amounts from Part 1, Column A, including the amounts from the Additional Page, if any. | $1,875,546.5 9 |
|---|---|---|

**Part 2:**  List Others to Be Notified for a Debt Already Listed in Part 1

List in alphabetical order any others who must be notified for a debt already listed in Part 1. Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for secured creditors.

If no others need to notified for the debts listed in Part 1, do not fill out or submit this page. If additional pages are needed, copy this page.

| Name  and address | On which line in Part 1 did you enter the related creditor? | Last 4 digits of account number for this entity |
|---|---|---|
| U.S. Small Business Admin.<br>Chief AIB<br>409 3rd Street, SW<br>Washington, DC 20416 | Line _2.11_ | 7007 |

4/01/24  8:25PM

**Fill in this information to identify the case:**

Debtor name   Costa Shipping & Delivery, Inc.

United States Bankruptcy Court for the:   SOUTHERN DISTRICT OF CALIFORNIA

Case number (if known)

☐ Check if this is an amended filing

## Official Form 206E/F
## Schedule E/F: Creditors Who Have Unsecured Claims          12/15

Be as complete and accurate as possible. Use Part 1 for creditors with PRIORITY unsecured claims and Part 2 for creditors with NONPRIORITY unsecured claims. List the other party to any executory contracts or unexpired leases that could result in a claim. Also list executory contracts on *Schedule A/B: Assets - Real and Personal Property* (Official Form 206A/B) and on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G). Number the entries in Parts 1 and 2 in the boxes on the left. If more space is needed for Part 1 or Part 2, fill out and attach the Additional Page of that Part included in this form.

### Part 1:   List All Creditors with PRIORITY Unsecured Claims

1. **Do any creditors have priority unsecured claims?** (See 11 U.S.C. § 507).

   ☐ No. Go to Part 2.

   ■ Yes. Go to line 2.

2. **List in alphabetical order all creditors who have unsecured claims that are entitled to priority in whole or in part.** If the debtor has more than 3 creditors with priority unsecured claims, fill out and attach the Additional Page of Part 1.

| | | Total claim | Priority amount |
|---|---|---|---|
| **2.1** Priority creditor's name and mailing address <br> Wages owed to Employees <br> As of 4/1/2024. | As of the petition filing date, the claim is: <br> *Check all that apply.* <br> ☐ Contingent <br> ☐ Unliquidated <br> ☐ Disputed | $48,500.00 | $48,500.00 |
| Date or dates debt was incurred <br><br> March 25, 2024 through March 29, 2024. | Basis for the claim: <br> Wages owed to employees on date of bankruptcy case filing for work done the week prior to filing. No individual employee owed more than $1800. <br><br> Complete list of employees and amounts owed is attached hereto. | | |
| Last 4 digits of account number N/A <br> Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset? <br> ■ No <br> ☐ Yes | | |

### Part 2:   List All Creditors with NONPRIORITY Unsecured Claims

3. **List in alphabetical order all of the creditors with nonpriority unsecured claims.** If the debtor has more than 6 creditors with nonpriority unsecured claims, fill out and attach the Additional Page of Part 2.

| | | Amount of claim |
|---|---|---|
| **3.1** Nonpriority creditor's name and mailing address <br> Alliance One <br> 2831 St. Rose Pkwy. <br> Henderson, NV 89052 <br> Date(s) debt was incurred  4/2024 through 4/2024 <br> Last 4 digits of account number  EIN | As of the petition filing date, the claim is: *Check all that apply.* <br> ☐ Contingent <br> ☐ Unliquidated <br> ☐ Disputed <br><br> Basis for the claim:  PENDING ACCOUNT CHARGES FOR VIRTUAL OFFICE RENTAL. <br><br> Is the claim subject to offset? ■ No  ☐ Yes | $70.00 |

52627

4/01/24  8:25PM

| Debtor | Costa Shipping & Delivery, Inc. | Case number (if known) | |
|---|---|---|---|
| | Name | | |

---

**3.2** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$42,041.64**

American Express
Business Rewards Account
P.O. Box 0001
Los Angeles, CA 90096

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** 7/2023 through 4/2024

**Basis for the claim:** UNSECURED LINE OF CREDIT.

**Last 4 digits of account number** 4756

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.3** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$51,554.83**

American Express
Business Rewards Account
P.O. Box 0001
Los Angeles, CA 90096

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** 2/2024 through 4/2024

**Basis for the claim:** UNSECURED LINE OF CREDIT.

**Last 4 digits of account number** 6293

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.4** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$110,000.00**

Bank of America
P.O. Box 660441
Dallas, TX 75266

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** 11/2018 through 3/2023

**Basis for the claim:** UNSECURED LINE OF CREDIT.

**Last 4 digits of account number** 1688

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.5** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$149.00**

Geico
One Geico Center
Macon, GA 31296-0001

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** 4/2024 through 4/2024

**Basis for the claim:** PENDING BANK ACCOUNT CHARGES FOR TOYOTA CAMRY INSURANCE.

**Last 4 digits of account number** EIN

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.6** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$160.00**

Indeed
6433 Champion Grandview Way
Bldg. 1
Austin, TX 78750

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** 4/2024 through 4/2024

**Basis for the claim:** PENDING CHARGES FROM BANK ACCOUNT FOR ADVERTISING EXPENSE FOR REPLACEMENT DRIVERS.

**Last 4 digits of account number** EIN

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.7** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$44,026.60**

Itria Ventures, LLC
1000 N West St #1200
Wilmington, DE 19801

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** 11/2023 through 4/2024

**Basis for the claim:** WORKING CAPITAL LOAN.

**Last 4 digits of account number** 7076

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.8** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$91,016.61**

Itria Ventures, LLC
1000 N West St #1200
Wilmington, DE 19801

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** 11/2023 through 4/2024

**Basis for the claim:** WORKING CAPITAL LOAN.

**Last 4 digits of account number** 4191

Is the claim subject to offset? ■ No  ☐ Yes

---

4/01/24  8:25PM

| Debtor | Costa Shipping & Delivery, Inc. | Case number (if known) | |
|---|---|---|---|
| | Name | | |

---

**3.9**

**Nonpriority creditor's name and mailing address**
L&C Truck Repair
10616 Liberty Ave.
Saint Louis, MO 63132

**Date(s) debt was incurred**  4/2024 through 4/2024

**Last 4 digits of account number**  EIN

**As of the petition filing date, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  PENDING BANK ACCOUNT CHARGES PAID TO MECHANIC FOR FLEET TRUCK REPAIR.

Is the claim subject to offset? ☐ No ☐ Yes

$3,108.00

---

**3.10**

**Nonpriority creditor's name and mailing address**
Marsh Sponsored Program
1166 Avenue of the Americas
New York, NY 10036

**Date(s) debt was incurred**  4/2024 through 4/2024

**Last 4 digits of account number**  EIN

**As of the petition filing date, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  PENDING BANK ACCOUNT CHARGES FOR INSURANCE.

Is the claim subject to offset? ■ No ☐ Yes

$1,153.00

---

**3.11**

**Nonpriority creditor's name and mailing address**
Realm Health, LLC
4201 Spring Valley Rd.,
Ste. 1500
Dallas, TX 75244

**Date(s) debt was incurred**  4/2024 through 4/2024

**Last 4 digits of account number**  EIN

**As of the petition filing date, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  PENDING BANK ACCOUNT CHARGES FOR EMPLOYEE HEALTH PLAN.

Is the claim subject to offset? ■ No ☐ Yes

$2,122.80

---

**3.12**

**Nonpriority creditor's name and mailing address**
Rhino Custom Builds
9638 CEDARDALE DRIVE
Houston, TX 77055

**Date(s) debt was incurred**  4/2024 through 4/2024

**Last 4 digits of account number**  EIN

**As of the petition filing date, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  PENDING BANK ACCOUNT CHARGES FOR FLEET TRUCK REPAIR EXPENSES.

Is the claim subject to offset? ■ No ☐ Yes

$435.00

---

**3.13**

**Nonpriority creditor's name and mailing address**
Route Consultant Purchasing
Alliance
5511 Virginia Way, Ste. 400
Brentwood, TN 37027

**Date(s) debt was incurred**  3/2024 through 4/2024

**Last 4 digits of account number**  EIN

**As of the petition filing date, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  FUEL CARDS.

Is the claim subject to offset? ■ No ☐ Yes

$14,000.00

---

**3.14**

**Nonpriority creditor's name and mailing address**
Small Business Administration
Payroll Protection Program
P.O. Box 3918
Portland, OR 97208-3918

**Date(s) debt was incurred**  3/2022 through 3/2022

**Last 4 digits of account number**  8503

**As of the petition filing date, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  PAYROLL PROTECTION PROGRAM LOAN.

Is the claim subject to offset? ■ No ☐ Yes

$82,247.86

---

**3.15**

**Nonpriority creditor's name and mailing address**
Small Business Administration
EIDL Loan
P.O. Box 3918
Portland, OR 97208-3918

**Date(s) debt was incurred**  8/2020 through 8/2020

**Last 4 digits of account number**  8009

**As of the petition filing date, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  EIDL LOAN.

Is the claim subject to offset? ■ No ☐ Yes

$205,075.00

---

4/01/24  8:25PM

Debtor    Costa Shipping & Delivery, Inc.                                    Case number (if known) _____
_____
         Name

| 3.16 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $299,480.00 |
|---|---|---|---|

3.16    Nonpriority creditor's name and mailing address

Spencer and Carli Patton
Sanctified Shipping, Inc.
2935 Berry Hill Dr.
Nashville, TN 37204

Date(s) debt was incurred  11/2018 through 4/2024
Last 4 digits of account number  Promissory Note

As of the petition filing date, the claim is: Check all that apply.                    $299,480.00

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  SUBORDINATED PURCHASE AGREEMENT.

Is the claim subject to offset? ■ No  ☐ Yes

---

3.17    Nonpriority creditor's name and mailing address

Spencer Patton
2935 Berry Hill Drive
Nashville, TN 37204

Date(s) debt was incurred  11/2028 through 4/2024
Last 4 digits of account number  _

As of the petition filing date, the claim is: Check all that apply.                    $0.00

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  SUBORDINATED PURCHASE AGREEMENT.

Is the claim subject to offset? ■ No  ☐ Yes

---

## Part 3:    List Others to Be Notified About Unsecured Claims

4. List in alphabetical order any others who must be notified for claims listed in Parts 1 and 2. Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for unsecured creditors.

If no others need to be notified for the debts listed in Parts 1 and 2, do not fill out or submit this page. If additional pages are needed, copy the next page.

| | Name and mailing address | On which line in Part1 or Part 2 is the related creditor (if any) listed? | Last 4 digits of account number, if any |
|---|---|---|---|
| 4.1 | Readycap Lending, LLC<br>80 State St.<br>Albany, NY 12207 | Line  3.14<br><br>☐ Not listed. Explain ____ | EIN |
| 4.2 | Spencer and Carli Patton<br>Sanctified Shipping, Inc.<br>2935 Berry Hill Dr.<br>Nashville, TN 37204 | Line  3.16<br><br>☐ Not listed. Explain ____ | SELLER FINANCING |
| 4.3 | Spencer and Carli Patton.<br>3919 Vailwood Dr.<br>Nashville, TN 37215-4000 | Line  3.17<br><br>☐ Not listed. Explain ____ | _ |

---

## Part 4:    Total Amounts of the Priority and Nonpriority Unsecured Claims

5.  Add the amounts of priority and nonpriority unsecured claims.

|  |  | Total of claim amounts |
|---|---|---|
| 5a. Total claims from Part 1 | 5a. | $ 48,500.00 |
| 5b. Total claims from Part 2 | 5b. + | $ 946,640.34 |
| 5c. Total of Parts 1 and 2<br>Lines 5a + 5b = 5c. | 5c. | $ 995,140.34 |

4/01/24  8:25PM

**Fill in this information to identify the case:**

Debtor name      Costa Shipping & Delivery, Inc.

United States Bankruptcy Court for the:   SOUTHERN DISTRICT OF CALIFORNIA

Case number (if known)   _____

☐ Check if this is an
   amended filing

## Official Form 206G
## Schedule G: Executory Contracts and Unexpired Leases                    12/15

Be as complete and accurate as possible. If more space is needed, copy and attach the additional page, number the entries consecutively.

1.   **Does the debtor have any executory contracts or unexpired leases?**
     ☐ No. Check this box and file this form with the debtor's other schedules.  There is nothing else to report on this form.
     ☑ Yes. Fill in all of the information below even if the contacts of leases are listed on *Schedule A/B: Assets - Real and Personal*      *Property*
     (Official Form 206A/B).

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|
| 2.1.   State what the contract or lease is for and the nature of the debtor's interest | Storage unit leased by Debtor. |
|          State the term remaining   Month-to-Month | |
|          List the contract number of any government contract   _____ | A Storage Inn<br>4040 North Service Road<br>Saint Peters, MO 63376 |
| 2.2.   State what the contract or lease is for and the nature of the debtor's interest | Agreement to deliver packages for Fed Ex. |
|          State the term remaining   Through 1/3/2025. | |
|          List the contract number of any government contract   _____ | Fed Ex<br>P.O. Box 7221<br>Pasadena, CA 91109 |
| 2.3.   State what the contract or lease is for and the nature of the debtor's interest | Insurance policy for Toyota Camy. |
|          State the term remaining   Through 9/28/2024. | |
|          List the contract number of any government contract   _____ | Geico<br> 386 E H St Suite 203<br>Chula Vista, CA 91910 |
| 2.4.   State what the contract or lease is for and the nature of the debtor's interest | SBA-EIDL loan insurance. |
|          State the term remaining   Through 8/19/2024. | |
|          List the contract number of any government contract   _____ | Liberty Mutual<br>Credit Collection Services<br>725 Canton St.<br>Norwood, MA 02062 |

4/01/24  8:25PM

| Debtor 1 | Costa Shipping & Delivery, Inc. | | Case number *(if known)* | |
|---|---|---|---|---|
| | First Name | Middle Name | Last Name | |

## Additional Page if You Have More Contracts or Leases

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

| 2.5. | State what the contract or lease is for and the nature of the debtor's interest | Fleet truck insurance policy. | |
|---|---|---|---|
| | State the term remaining | Through 6/1/2024. | |
| | List the contract number of any government contract | | Marsh Sponsored Program<br>1166 Avenue of the Americas<br>New York, NY 10036 |

| 2.6. | State what the contract or lease is for and the nature of the debtor's interest | Workers' Compensatin and EPLI insurance policy. | |
|---|---|---|---|
| | State the term remaining | through 10/30/2024. | |
| | List the contract number of any government contract | | OVD Insurance<br>2780 44th St SW<br>Wyoming, MI 49519 |

| Fill in this information to identify the case: |
| --- |

Debtor name    Costa Shipping & Delivery, Inc.

United States Bankruptcy Court for the:    SOUTHERN DISTRICT OF CALIFORNIA

Case number (if known) _____

☐ Check if this is an
    amended filing

## Official Form 206H
## Schedule H: Your Codebtors      12/15

Be as complete and accurate as possible. If more space is needed, copy the Additional Page, numbering the entries consecutively. Attach the Additional Page to this page.

**1. Do you have any codebtors?**

☐ No. Check this box and submit this form to the court with the debtor's other schedules. Nothing else needs to be reported on this form.

■ Yes

**2. In Column 1, list as codebtors all of the people or entities who are also liable for any debts listed by the debtor in the schedules of creditors, Schedules D-G.** Include all guarantors and co-obligors. In Column 2, identify the creditor to whom the debt is owed and each schedule on which the creditor is listed. If the codebtor is liable on a debt to more than one creditor, list each creditor separately in Column 2.

| *Column 1:* **Codebtor** | | *Column 2:* **Creditor** | |
| --- | --- | --- | --- |
| **Name** | **Mailing Address** | **Name** | *Check all schedules that apply:* |
| 2.1   Michael Rodoni | Michael is Deceased<br>Michael is the deceased fromer manager of the busienss. The manager was a hold-over from the previous owner.<br><br>Michael appears as a guarantor on the following loans:<br><br>1. Stearns. | Stearns Bank, N.A. | ■ D    2.11<br>☐ E/F _____<br>☐ G _____ |
| 2.2   Nathan A. Costa | 3056 Rue Dorleans, #134<br>San Diego, CA 92110 | GreatAmerica | ■ D    2.1<br>☐ E/F _____<br>☐ G _____ |
| 2.3   Nathan A. Costa | 3056 Rue Dorleans, #134<br>San Diego, CA 92110 | GreatAmerica | ■ D    2.2<br>☐ E/F _____<br>☐ G _____ |
| 2.4   Nathan A. Costa | 3056 Rue Dorleans, #134<br>San Diego, CA 92110 | Hanmi Bank | ■ D    2.3<br>☐ E/F _____<br>☐ G _____ |

Debtor   Costa Shipping & Delivery, Inc.                                    Case number *(if known)* _____

| | **Additional Page to List More Codebtors** |
| --- | --- |

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.

| *Column 1:* **Codebtor** | | *Column 2:* **Creditor** | |
| --- | --- | --- | --- |
| 2.5 | Nathan A. Costa<br>3056 Rue Dorleans, #134<br>San Diego, CA 92110 | Hanmi Bank | ■ D ___2.4___<br>☐ E/F _____<br>☐ G _____ |
| 2.6 | Nathan A. Costa<br>3056 Rue Dorleans, #134<br>San Diego, CA 92110 | Hanmi Bank | ■ D ___2.5___<br>☐ E/F _____<br>☐ G _____ |
| 2.7 | Nathan A. Costa<br>3056 Rue Dorleans, #134<br>San Diego, CA 92110 | Leaf Commercial<br>Capital, Inc. | ■ D ___2.6___<br>☐ E/F _____<br>☐ G _____ |
| 2.8 | Nathan A. Costa<br>3056 Rue Dorleans, #134<br>San Diego, CA 92110 | Oakmont Capital<br>Services | ■ D ___2.7___<br>☐ E/F _____<br>☐ G _____ |
| 2.9 | Nathan A. Costa<br>3056 Rue Dorleans, #134<br>San Diego, CA 92110 | Oakmont Capital<br>Services | ■ D ___2.8___<br>☐ E/F _____<br>☐ G _____ |
| 2.10 | Nathan A. Costa<br>3056 Rue D'Orleans, #134<br>San Diego, CA 92110 | Oakmont Capital<br>Services | ■ D ___2.9___<br>☐ E/F _____<br>☐ G _____ |
| 2.11 | Nathan A. Costa<br>3056 Rue D'Orleans, #134<br>San Diego, CA 92110 | Oakmont Capital<br>Services | ■ D ___2.10___<br>☐ E/F _____<br>☐ G _____ |
| 2.12 | Nathan A. Costa<br>3056 Rue D'Orleans, #134<br>San Diego, CA 92110 | Stearns Bank, N.A. | ■ D ___2.11___<br>☐ E/F _____<br>☐ G _____ |

Debtor    Costa Shipping & Delivery, Inc. _____    Case number *(if known)* _____

| | **Additional Page to List More Codebtors** |
|---|---|

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.

| *Column 1:* **Codebtor** | | *Column 2:* **Creditor** | |
|---|---|---|---|
| 2.13 | Nathan A. Costa<br>3056 Rue D'Orleans, #134<br>San Diego, CA 92110 | Verdant Commercial<br>Capital | ■ D    2.13<br>☐ E/F _____<br>☐ G _____ |
| 2.14 | Nathan A. Costa<br>3056 Rue D'Orleans, #134<br>San Diego, CA 92110 | Verdant Commercial<br>Capital | ■ D    2.12<br>☐ E/F _____<br>☐ G _____ |
| 2.15 | Nathan A. Costa<br>3056 Rue D'Orleans, #134<br>San Diego, CA 92110 | Verdant Commercial<br>Capital | ■ D    2.14<br>☐ E/F _____<br>☐ G _____ |
| 2.16 | Nathan A. Costa<br>3056 Rue D'Orleans, #134<br>San Diego, CA 92110 | Verdant Commercial<br>Capital | ■ D    2.15<br>☐ E/F _____<br>☐ G _____ |
| 2.17 | Nathan A. Costa<br>3056 Rue D'Orleans, #134<br>San Diego, CA 92110 | Verdant Commercial<br>Capital | ■ D    2.16<br>☐ E/F _____<br>☐ G _____ |
| 2.18 | Nathan A. Costa<br>3056 Rue D'Orleans, #134<br>San Diego, CA 92110 | Verdant Commercial<br>Capital | ■ D    2.17<br>☐ E/F _____<br>☐ G _____ |
| 2.19 | Nathan A. Costa<br>3056 Rue D'Orleans, #134<br>San Diego, CA 92110 | American Express | ☐ D _____<br>■ E/F    3.2<br>☐ G _____ |
| 2.20 | Nathan A. Costa<br>3056 Rue D'Orleans, #134<br>San Diego, CA 92110 | American Express | ☐ D _____<br>■ E/F    3.3<br>☐ G _____ |

Debtor    Costa Shipping & Delivery, Inc.                                Case number *(if known)*  _____

**Additional Page to List More Codebtors**

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.

| Column 1: **Codebtor** | | Column 2: **Creditor** | |
|---|---|---|---|
| 2.21 | Nathan A. Costa<br>3056 Rue D'Orleans, #134<br>San Diego, CA 92110 | Itria Ventures, LLC | ☐ D _____<br>■ E/F __3.7__<br>☐ G _____ |
| 2.22 | Nathan A. Costa<br>3056 Rue D'Orleans, #134<br>San Diego, CA 92110 | Itria Ventures, LLC | ☐ D _____<br>■ E/F __3.8__<br>☐ G _____ |
| 2.23 | Nathan A. Costa<br>3056 Rue D'Orleans, #134<br>San Diego, CA 92110 | Small Business<br>Administration | ☐ D _____<br>■ E/F __3.15__<br>☐ G _____ |

**Fill in this information to identify the case:**

Debtor name   Costa Shipping & Delivery, Inc.

United States Bankruptcy Court for the:   SOUTHERN DISTRICT OF CALIFORNIA

Case number (if known)   _____

☐ Check if this is an amended filing

## Official Form 207
## Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy          04/22

**The debtor must answer every question. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and case number (if known).**

---

**Part 1:    Income**

1. **Gross revenue from business**

   ☐ None.

| Identify the beginning and ending dates of the debtor's fiscal year, which may be a calendar year | Sources of revenue Check all that apply | Gross revenue (before deductions and exclusions) |
|---|---|---|
| From the beginning of the fiscal year to filing date: From  1/01/2024 to Filing Date | ■ Operating a business<br>☐ Other _____ | $682,200.41 |
| For prior year: From  1/01/2023 to 12/31/2023 | ■ Operating a business<br>☐ Other _____ | $3,142,619.31 |
| For year before that: From  1/01/2022 to 12/31/2022 | ■ Operating a business<br>☐ Other _____ | $2,676,854.00 |

2. **Non-business revenue**
   Include revenue regardless of whether that revenue is taxable. *Non-business income* may include interest, dividends, money collected from lawsuits, and royalties. List each source and the gross revenue for each separately. Do not include revenue listed in line 1.

   ■ None.

| | Description of sources of revenue | Gross revenue from each source (before deductions and exclusions) |
|---|---|---|

---

**Part 2:    List Certain Transfers Made Before Filing for Bankruptcy**

3. **Certain payments or transfers to creditors within 90 days before filing this case**
   List payments or transfers--including expense reimbursements--to any creditor, other than regular employee compensation, within 90 days before filing this case unless the aggregate value of all property transferred to that creditor is less than $7,575. (This amount may be adjusted on 4/01/25 and every 3 years after that with respect to cases filed on or after the date of adjustment.)

   ☐ None.

| Creditor's Name and Address | Dates | Total amount of value | Reasons for payment or transfer Check all that apply |
|---|---|---|---|

---

4/01/24  8:25PM

Debtor  Costa Shipping & Delivery, Inc.

Case number *(if known)*

| | Creditor's Name and Address | Dates | Total amount of value | Reasons for payment or transfer<br>*Check all that apply* |
|---|---|---|---|---|
| 3.1. | Oakmont Capital Services<br>600 Willowbrook Ln Suite 601<br>West Chester, PA 19382 | 1/2024 ;<br>2/2024 ;<br>3/2024. | $24,644.34 | ■ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>☐ Other___ |
| 3.2. | GreatAmerica<br>Financial Services Corp.<br>625 1st St., Ste. 800<br>Cedar Rapids, IA 52401 | 1/2024 ;<br>2/2024 ;<br>3/2024. | $16,335.54 | ■ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>☐ Other___ |
| 3.3. | Hanmi Bank<br>4637 Convoy St Ste 101<br>San Diego, CA 92111 | 1/2024 ;<br>2/2024 ;<br>3/2024. | $14,519.82 | ■ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>☐ Other___ |
| 3.4. | Verdant Commercial Capital<br>9987 Carver Rd Suite 110<br>Cincinnati, OH 45242 | 1/2024 ;<br>2/2024 ;<br>3/2024. | $57,149.55 | ■ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>☐ Other___ |
| 3.5. | U.S. Small Business Admin.<br>P.O. Box 3918<br>Portland, OR 97208 | 1/2024 ;<br>2/2024 ;<br>3/2024. | $11,659.71 | ☐ Secured debt<br>■ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>☐ Other___ |
| 3.6. | Itria Ventures, LLC<br>1000 N West St #1200<br>Wilmington, DE 19801 | 1/2024 ;<br>2/2024 ;<br>3/2024. | $19,558.05 | ☐ Secured debt<br>■ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>☐ Other___ |
| 3.7. | American Express<br>Business Rewards Account<br>P.O. Box 0001<br>Los Angeles, CA 90096 | 1/2024 ;<br>2/2024 ;<br>3/2024. | $23,489.52 | ☐ Secured debt<br>■ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>☐ Other___ |
| 3.8. | Spencer and Carli Patton<br>Sanctified Shipping, Inc.<br>2935 Berry Hill Dr.<br>Nashville, TN 37204 | 1/2024 ;<br>2/2024 ;<br>3/2024. | $18,271.95 | ☐ Secured debt<br>■ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>☐ Other___ |

4/01/24  8:25PM

Debtor      Costa Shipping & Delivery, Inc.

Case number *(if known)*

| | Creditor's Name and Address | Dates | Total amount of value | Reasons for payment or transfer *Check all that apply* |
|---|---|---|---|---|
| 3.9. | Bank of America<br>100 North Tryon Street<br>Charlotte, NC 28255 | 1/2024 ;<br>2/2024 ;<br>3/2024. | $120,000.00 | ☐ Secured debt<br>■ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>☐ Other__ |

4. **Payments or other transfers of property made within 1 year before filing this case that benefited any insider**
   List payments or transfers, including expense reimbursements, made within 1 year before filing this case on debts owed to an insider or guaranteed or cosigned by an insider unless the aggregate value of all property transferred to or for the benefit of the insider is less than $7,575. (This amount may be adjusted on 4/01/25 and every 3 years after that with respect to cases filed on or after the date of adjustment.) Do not include any payments listed in line 3. *Insiders* include officers, directors, and anyone in control of a corporate debtor and their relatives; general partners of a partnership debtor and their relatives; affiliates of the debtor and insiders of such affiliates; and any managing agent of the debtor. 11 U.S.C. § 101(31).

   ■ None.

| Insider's name and address<br>Relationship to debtor | Dates | Total amount of value | Reasons for payment or transfer |
|---|---|---|---|

5. **Repossessions, foreclosures, and returns**
   List all property of the debtor that was obtained by a creditor within 1 year before filing this case, including property repossessed by a creditor, sold at a foreclosure sale, transferred by a deed in lieu of foreclosure, or returned to the seller. Do not include property listed in line 6.

   ■ None

| Creditor's name and address | Describe of the Property | Date | Value of property |
|---|---|---|---|

6. **Setoffs**
   List any creditor, including a bank or financial institution, that within 90 days before filing this case set off or otherwise took anything from an account of the debtor without permission or refused to make a payment at the debtor's direction from an account of the debtor because the debtor owed a debt.

   ■ None

| Creditor's name and address | Description of the action creditor took | Date action was taken | Amount |
|---|---|---|---|

## Part 3:   Legal Actions or Assignments

7. **Legal actions, administrative proceedings, court actions, executions, attachments, or governmental audits**
   List the legal actions, proceedings, investigations, arbitrations, mediations, and audits by federal or state agencies in which the debtor was involved in any capacity—within 1 year before filing this case**.**

   ☐ None.

| | Case title<br>Case number | Nature of case | Court or agency's name and address | Status of case |
|---|---|---|---|---|
| 7.1. | William Qaoud-Pinales vs.<br>Costa Shipping & Delivery, Inc.<br>20SL-CC04975 | Wrongful termination | Circuit Court of St. Louis County<br>State of Missouri<br>105 South Central Avenue<br>Saint Louis, MO 63105 | ☐ Pending<br>☐ On appeal<br>■ Concluded |
| 7.2. | Worker's compensaation claim of John Arnett<br>Worker's Compensation | Worker's compensation claim. | | ■ Pending<br>☐ On appeal<br>☐ Concluded |

8. **Assignments and receivership**
   List any property in the hands of an assignee for the benefit of creditors during the 120 days before filing this case and any property in the hands of a receiver, custodian, or other court-appointed officer within 1 year before filing this case.

4/01/24  8:25PM

Debtor    Costa Shipping & Delivery, Inc.                              Case number *(if known)*

■ None

## Part 4:    Certain Gifts and Charitable Contributions

9.  List all gifts or charitable contributions the debtor gave to a recipient within 2 years before filing this case unless the aggregate value of the gifts to that recipient is less than $1,000

■ None

| Recipient's name and address | Description of the gifts or contributions | Dates given | Value |
|---|---|---|---|

## Part 5:    Certain Losses

10.  All losses from fire, theft, or other casualty within 1 year before filing this case.

☐ None

| Description of the property lost and how the loss occurred | Amount of payments received for the loss<br><br>If you have received payments to cover the loss, for example, from insurance, government compensation, or tort liability, list the total received.<br><br>List unpaid claims on Official Form 106A/B *(Schedule A/B: Assets – Real and Personal Property).* | Dates of loss | Value of property lost |
|---|---|---|---|
| Debtor's delivery tuck, 2022 Ford E350 (last 5 of VIN: 13879), was involved in a traffic collision. The truck was rear-ended by a driver of another vehicle. The driver of the other vehicle was found to be at-fault.  The vehicle insurance provider of the at-fault party paid out $6,736.06 to cover repair costs to Debtor's truck. | $6,736.06. | 10/13/2023 | $6,736.06 |
| Debtor's delivery truck, 2022 Ford E350 (last 5 of VIN: 23927), was involved in a traffic collision. Debtor's truck driver was found to be at fault. Debtor's vehicle insurance provider paid out $12,208.80 to cover repair costs to Debtor's truck. | $12,208.80. | 7/14/2023. | $12,208.80 |
| Debtor's delivery truck, Ford E350 (last 5 of VIN: 23922), was involved in a traffic collision with another vehicle. The driver of the other vehicle was found to be at fault in the accident. Debtor's truck was "totaled."  The other driver's insurance provider paid out $49,940.50. | $49,940.50. | 7/19/2023 | $49,940.50 |

## Part 6:    Certain Payments or Transfers

11.  **Payments related to bankruptcy**

List any payments of money or other transfers of property made by the debtor or person acting on behalf of the debtor within 1 year before the filing of this case to another person or entity, including attorneys, that the debtor consulted about debt consolidation or restructuring, seeking bankruptcy relief, or filing a bankruptcy case.

☐ None.

| Who was paid or who received the transfer?<br>Address | If not money, describe any property transferred | Dates | Total amount or value |
|---|---|---|---|

4/01/24 8:25PM

Debtor   Costa Shipping & Delivery, Inc.                                          Case number *(if known)*

| | Who was paid or who received the transfer? Address | If not money, describe any property transferred | Dates | Total amount or value |
|---|---|---|---|---|
| 11.1. | S. E. Cowen Law<br>333 H St.<br>Ste. 5000<br>Chula Vista, CA 91910 | Attorney Fees | 3/2024 | $32,262.00 |
| | **Email or website address**<br>cowen.christian@secowenlaw.com | | | |
| | **Who made the payment, if not debtor?** | | | |

### 12. Self-settled trusts of which the debtor is a beneficiary

List any payments or transfers of property made by the debtor or a person acting on behalf of the debtor within 10 years before the filing of this case to a self-settled trust or similar device.

Do not include transfers already listed on this statement.

■ None.

| Name of trust or device | Describe any property transferred | Dates transfers were made | Total amount or value |
|---|---|---|---|

### 13. Transfers not already listed on this statement

List any transfers of money or other property by sale, trade, or any other means made by the debtor or a person acting on behalf of the debtor within 2 years before the filing of this case to another person, other than property transferred in the ordinary course of business or financial affairs. Include both outright transfers and transfers made as security. Do not include gifts or transfers previously listed on this statement.

☐ None.

| | Who received transfer? Address | Description of property transferred or payments received or debts paid in exchange | Date transfer was made | Total amount or value |
|---|---|---|---|---|
| 13.1. | Big Man Auto Group<br>DBA MyCar Gone<br>15150 Preston Road<br>Dallas, TX 75248 | 2 trucks were sold to this buyer:<br><br>2022 Ford E350, Last 5 of VIN: 24797.<br>Sold: 4/10/2023.<br>Sale price for this truck $44,303.49.<br><br>2022 Ford E3500, Last 5 of VIN: 14161.<br>Sold: 4/10/2023.<br>Sale price for this truck $44,303.49. | 4/10/2023 | $88,606.98 |
| | **Relationship to debtor**<br>None. | | | |

## Part 7:   Previous Locations

### 14. Previous addresses

List all previous addresses used by the debtor within 3 years before filing this case and the dates the addresses were used.

☐ Does not apply

| | Address | Dates of occupancy From-To |
|---|---|---|
| 14.1. | 425 West Beech St., Unit 1753<br>San Diego, CA 92101 | 6/1/2020 - 4/1/2022 |
| 14.2. | 1304 Sassafras St.<br>San Diego, CA 92103 | 4/1/2022 - 12/31/2022 |

Debtor   Costa Shipping & Delivery, Inc.                     Case number *(if known)*

| | Address | Dates of occupancy From-To |
|---|---|---|
| 14.3. | 3056 Rue D'Orleans, Unit 134 San Diego, CA 92110 | 12/31/2022 - Curent |

## Part 8:   Health Care Bankruptcies

**15. Health Care bankruptcies**
Is the debtor primarily engaged in offering services and facilities for:
- diagnosing or treating injury, deformity, or disease, or
- providing any surgical, psychiatric, drug treatment, or obstetric care?

☑ No. Go to Part 9.
☐ Yes. Fill in the information below.

| Facility name and address | Nature of the business operation, including type of services the debtor provides | If debtor provides meals and housing, number of patients in debtor's care |
|---|---|---|

## Part 9:   Personally Identifiable Information

**16. Does the debtor collect and retain personally identifiable information of customers?**

☑ No.
☐ Yes. State the nature of the information collected and retained.

**17. Within 6 years before filing this case, have any employees of the debtor been participants in any ERISA, 401(k), 403(b), or other pension or profit-sharing plan made available by the debtor as an employee benefit?**

☐ No. Go to Part 10.
☑ Yes. Does the debtor serve as plan administrator?

　　☐ No Go to Part 10.
　　☑ Yes. Fill in below:

| Name of plan | Employer identification number of the plan |
|---|---|
| Human Interest 401(K). | EIN:  83-1825280 |

Has the plan been terminated?
☑ No
☐ Yes

## Part 10:   Certain Financial Accounts, Safe Deposit Boxes, and Storage Units

**18. Closed financial accounts**
Within 1 year before filing this case, were any financial accounts or instruments held in the debtor's name, or for the debtor's benefit, closed, sold, moved, or transferred?
Include checking, savings, money market, or other financial accounts; certificates of deposit; and shares in banks, credit unions, brokerage houses, cooperatives, associations, and other financial institutions.

☑ None

| Financial Institution name and Address | Last 4 digits of account number | Type of account or instrument | Date account was closed, sold, moved, or transferred | Last balance before closing or transfer |
|---|---|---|---|---|

**19. Safe deposit boxes**
List any safe deposit box or other depository for securities, cash, or other valuables the debtor now has or did have within 1 year before filing this case.

Debtor    Costa Shipping & Delivery, Inc.          Case number *(if known)* _____

■ None

| Depository institution name and address | Names of anyone with access to it Address | Description of the contents | Does debtor still have it? |
|---|---|---|---|

20. **Off-premises storage**

List any property kept in storage units or warehouses within 1 year before filing this case. Do not include facilities that are in a part of a building in which the debtor does business.

☐ None

| Facility name and address | Names of anyone with access to it | Description of the contents | Does debtor still have it? |
|---|---|---|---|
| A Storage Inn<br>4040 North Service Road<br>Saint Peters, MO 63376 | Nathan Costa, 3056 Rue Dorleans, #134, San Diego, CA 92110.<br>Joseph Rodoni, 681 Green Earth Dr., Apt. E, Fenton, MO 63026.<br>Howzee Sanders, 2420 Dona Drive, High Ridge, MO 63049.<br>James Cary, 109 Fenton Park Court, Fenton, MO 63026. | Hand tools and unused uniforms. | ☐ No<br>■ Yes |

### Part 11:  Property the Debtor Holds or Controls That the Debtor Does Not Own

21. **Property held for another**

List any property that the debtor holds or controls that another entity owns. Include any property borrowed from, being stored for, or held in trust. Do not list leased or rented property.

■ None

### Part 12:  Details About Environment Information

For the purpose of Part 12, the following definitions apply:

*Environmental law* means any statute or governmental regulation that concerns pollution, contamination, or hazardous material, regardless of the medium affected (air, land, water, or any other medium).

*Site* means any location, facility, or property, including disposal sites, that the debtor now owns, operates, or utilizes or that the debtor formerly owned, operated, or utilized.

*Hazardous material* means anything that an environmental law defines as hazardous or toxic, or describes as a pollutant, contaminant, or a similarly harmful substance.

**Report all notices, releases, and proceedings known, regardless of when they occurred.**

22. **Has the debtor been a party in any judicial or administrative proceeding under any environmental law?** Include settlements and orders.

     ■ No.<br>
     ☐ Yes. Provide details below.

| Case title Case number | Court or agency name and address | Nature of the case | Status of case |
|---|---|---|---|

23. **Has any governmental unit otherwise notified the debtor that the debtor may be liable or potentially liable under or in violation of an environmental law?**

     ■ No.<br>
     ☐ Yes. Provide details below.

4/01/24  8:25PM

Debtor    Costa Shipping & Delivery, Inc.                                    Case number *(if known)*  _____

| Site name and address | Governmental unit name and address | Environmental law, if known | Date of notice |
|---|---|---|---|
| | | | |

**24. Has the debtor notified any governmental unit of any release of hazardous material?**

■ No.
☐ Yes. Provide details below.

| Site name and address | Governmental unit name and address | Environmental law, if known | Date of notice |
|---|---|---|---|
| | | | |

**Part 13:   Details About the Debtor's Business or Connections to Any Business**

**25. Other businesses in which the debtor has or has had an interest**
List any business for which the debtor was an owner, partner, member, or otherwise a person in control within 6 years before filing this case.
Include this information even if already listed in the Schedules.

■ None

| Business name address | Describe the nature of the business | Employer Identification number<br>Do not include Social Security number or ITIN.<br><br>Dates business existed |
|---|---|---|
| | | |

**26. Books, records, and financial statements**
26a. List all accountants and bookkeepers who maintained the debtor's books and records within 2 years before filing this case.
☐ None

| Name and address | Date of service<br>From-To |
|---|---|
| 26a.1.  Brian Whitfield<br>Carr, Riggs and Ingram, LLC<br>3011 Armory Dr., Ste. 300<br>Nashville, TN 37204 | Entire 2 year period<br>prior to Debtor's<br>bankruptcy filing. |
| 26a.2.  Peggy Johnson<br>P.S. Business Services, Inc.<br>4208 Saddlebrook Place<br>Murfreesboro, TN 37130 | Entire 2 year period<br>prior to Debtor's<br>bankruptcy filing. |

26b. List all firms or individuals who have audited, compiled, or reviewed debtor's books of account and records or prepared a financial statement
within 2 years before filing this case.

■ None

26c. List all firms or individuals who were in possession of the debtor's books of account and records when this case is filed.

☐ None

| Name and address | If any books of account and records are<br>unavailable, explain why |
|---|---|
| 26c.1.  Brian Whitfield<br>Carr, Riggs, and Ingram, LLC<br>3011 Armory Dr., Ste. 300<br>Nashville, TN 37204 | |
| 26c.2.  Peggy Johnson<br>P.S. Business Services, Inc.<br>4208 Saddlebrook Place<br>Murfreesboro, TN 37130 | |

26d. List all financial institutions, creditors, and other parties, including mercantile and trade agencies, to whom the debtor issued a financial
statement within 2 years before filing this case.

| Debtor | Costa Shipping & Delivery, Inc. | Case number *(if known)* | |
|---|---|---|---|

■ None

| Name and address |
|---|

**27. Inventories**

Have any inventories of the debtor's property been taken within 2 years before filing this case?

■ No

☐ Yes. Give the details about the two most recent inventories.

| Name of the person who supervised the taking of the inventory | Date of inventory | The dollar amount and basis (cost, market, or other basis) of each inventory |
|---|---|---|

**28. List the debtor's officers, directors, managing members, general partners, members in control, controlling shareholders, or other people in control of the debtor at the time of the filing of this case.**

| Name | Address | Position and nature of any interest | % of interest, if any |
|---|---|---|---|
| Nathan Costa | 3056 Rue Dorleans, #134 San Diego, CA 92110 | CEO, Sec. and Treas. Mr. Costa is also the sole director. | 100% |

**29. Within 1 year before the filing of this case, did the debtor have officers, directors, managing members, general partners, members in control of the debtor, or shareholders in control of the debtor who no longer hold these positions?**

■ No

☐ Yes. Identify below.

**30. Payments, distributions, or withdrawals credited or given to insiders**

Within 1 year before filing this case, did the debtor provide an insider with value in any form, including salary, other compensation, draws, bonuses, loans, credits on loans, stock redemptions, and options exercised?

☐ No

■ Yes. Identify below.

| | Name and address of recipient | Amount of money or description and value of property | Dates | Reason for providing the value |
|---|---|---|---|---|
| 30.1. | Nathan Costa 3056 Rue D'Orleans, #134 San Diego, CA 92110 | Wages paid between 4/1/2023 through current.  Amount within 1 year: $80,500. | 4/1/2023 - 4/1/2024. | Wages. |
| | **Relationship to debtor** CEO | | | |

**31. Within 6 years before filing this case, has the debtor been a member of any consolidated group for tax purposes?**

■ No

☐ Yes. Identify below.

| Name of the parent corporation | Employer Identification number of the parent corporation |
|---|---|

**32. Within 6 years before filing this case, has the debtor as an employer been responsible for contributing to a pension fund?**

■ No

☐ Yes. Identify below.

| Name of the pension fund | Employer Identification number of the pension fund |
|---|---|

4/01/24  8:25PM

Debtor    Costa Shipping & Delivery, Inc.                           Case number *(if known)*

---

**Part 14:**   **Signature and Declaration**

**WARNING** -- Bankruptcy fraud is a serious crime.  Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both.
18 U.S.C. §§ 152, 1341, 1519, and 3571.

I have examined the information in this *Statement of Financial Affairs* and any attachments and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on    April  1, 2024

/s/ Nathan Costa                                          Nathan Costa
Signature of individual signing on behalf of the debtor           Printed name

Position or relationship to debtor    Officer

**Are additional pages to *Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy* (Official Form 207) attached?**
■ No
☐ Yes

---

B2030 (Form 2030) (12/15)

# United States Bankruptcy Court
## Southern District of California

In re   Costa Shipping & Delivery, Inc.                                                      Case No. _____

                                                      Debtor(s)                          Chapter        11

## DISCLOSURE OF COMPENSATION OF ATTORNEY FOR DEBTOR(S)

1.   Pursuant to 11 U .S.C. § 329(a) and Fed. Bankr. P. 2016(b), I certify that I am the attorney for the above named debtor(s) and that
     compensation paid to me within one year before the filing of the petition in bankruptcy, or agreed to be paid to me, for services rendered or to
     be rendered on behalf of the debtor(s) in contemplation of or in connection with the bankruptcy case is as follows:

        For legal services, I have agreed to accept ...............................................    $    Payments pursuant
                                                                                                            to Application for
                                                                                                            Compensation
                                                                                                            approved by this
                                                                                                            Court.

        Prior to the filing of this statement I have received ...........................    $    $34,000, including the
                                                                                                   $1738 Court filing fee.

        Balance Due ........................................................................................    $    To be determined
                                                                                                            pursuant to a
                                                                                                            Application for
                                                                                                            Compensation filed by
                                                                                                            the Debtor's  counsel
                                                                                                            and approved by this
                                                                                                            Court.

2.   The source of the compensation paid to me was:

        ☑ Debtor        ☐ Other (specify):

3.   The source of compensation to be paid to me is:

        ☑ Debtor        ☐ Other (specify):

4.   ☑ I have not agreed to share the above-disclosed compensation with any other person unless they are members and associates of my law firm.

     ☐ I have agreed to share the above-disclosed compensation with a person or persons who are not members or associates of my law firm.  A
        copy of the agreement, together with a list of the names of the people sharing in the compensation is attached.

5.   In return for the above-disclosed fee, I have agreed to render legal service for all aspects of the bankruptcy case, including:

     a.  Analysis of the debtor's financial situation, and rendering advice to the debtor in determining whether to file a petition in bankruptcy;
     b.  Preparation and filing of any petition, schedules, statement of affairs and plan which may be required;
     c.  Representation of the debtor at the meeting of creditors and confirmation hearing, and any adjourned hearings thereof;
     d.  [Other provisions as needed]

              All aspects of representation in a Chapter 11, Subchapter V bankruptcy proceeding with the exception of providing
              representation in non-bankruptcy areas of the law in and for which Attorney is not competent.

6.   By agreement with the debtor(s), the above-disclosed fee does not include the following service:

In re   Costa Shipping & Delivery, Inc.                            Case No.   _____

                  Debtor(s)

# DISCLOSURE OF COMPENSATION OF ATTORNEY FOR DEBTOR(S)
## (Continuation Sheet)

---

**CERTIFICATION**

    I certify that the foregoing is a complete statement of any agreement or arrangement for payment to me for representation of the debtor(s) in this bankruptcy proceeding.

| | |
|---|---|
| April  1, 2024 | /s/ Steven E. Cowen, Esq. |
| *Date* | Steven E. Cowen 132988 |
| | *Signature of Attorney* |
| | S. E. Cowen Law |
| | 333 H St. |
| | Ste. 5000 |
| | Chula Vista, CA 91910 |
| | 6192027511  Fax: 6194890431 |
| | cowen.christian@secowenlaw.com |
| | *Name of law firm* |

---

# United States Bankruptcy Court
## Southern District of California

In re    Costa Shipping & Delivery, Inc.               Case No. _____

                        Debtor(s)               Chapter   11

## LIST OF EQUITY SECURITY HOLDERS

Following is the list of the Debtor's equity security holders which is prepared in accordance with rule 1007(a)(3) for filing in this Chapter 11 Case

| Name and last known address or place of business of holder | Security Class | Number of Securities | Kind of Interest |
|---|---|---|---|
| Nathan A Costa<br>3056 Rue D'Orleans, Unit 134<br>San Diego, CA 92110 | Common stock | 100% | |

## DECLARATION UNDER PENALTY OF PERJURY ON BEHALF OF CORPORATION OR PARTNERSHIP

       I, the Officer of the corporation named as the debtor in this case, declare under penalty of perjury that I have read the foregoing List of Equity Security Holders and that it is true and correct to the best of my information and belief.

Date   April  1, 2024               Signature   /s/ Nathan Costa

                                                   Nathan Costa

*Penalty for making a false statement of concealing property:* Fine of up to $500,000 or imprisonment for up to 5 years or both.
18 U.S.C. §§ 152 and 3571.

Sheet 1 of 1 in List of Equity Security Holders

**CSD 1008** [08/21/00]
Name, Address, Telephone No. & I.D. No.
Steven E. Cowen 132988
333 H St.
Ste. 5000
Chula Vista, CA 91910
6192027511
132988 CA

**UNITED STATES BANKRUPTCY COURT**
SOUTHERN DISTRICT OF CALIFORNIA
325 West "F" Street, San Diego, California 92101-6991

In Re
Costa Shipping & Delivery, Inc.

                                                          BANKRUPTCY NO.

                                              Debtor.

## VERIFICATION OF CREDITOR MATRIX

PART I (check and complete one):

■ New petition filed.  Creditor diskette required.          TOTAL NO. OF CREDITORS: _33_

☐ Conversion filed on _____. *See instructions on reverse side.*
   ☐ Former Chapter 13 converting.  Creditor diskette required.          TOTAL NO. OF CREDITORS:____
   ☐ Post-petition creditors added.  Scannable matrix required.
   ☐ There are no post-petition creditors. No matrix required.

☐ Amendment or Balance of Schedules filed concurrently with this original scannable matrix affecting Schedule of Debts and/or Schedule of Equity Security Holders. *See instructions on reverse side.*
   ☐ Names and addresses are being ADDED.
   ☐ Names and addresses are being DELETED.
   ☐ Names and addresses are being CORRECTED.

PART II (check one):

■ The above-named Debtor(s) hereby verifies that the list of creditors is true and correct to the best of my (our) knowledge.

☐ The above-named Debtor(s) hereby verifies that there are no post-petition creditors affected by the filing of the conversion of this case and that the filing of a matrix is not required.

Date:  April 1, 2024                        /s/ Nathan Costa
                                            Nathan Costa/Officer
                                            Signer/Title

**REFER TO INSTRUCTIONS ON REVERSE SIDE**
CSD 1008

Software Copyright (c) 1996-2023 Best Case, LLC - www.bestcase.com

CSD 1008 (Page 2) [08/21/00]

# INSTRUCTIONS

1)      Full compliance with <u>Special Requirements for Mailing Addresses</u> (CSD 1007) is required.

2)      A creditors matrix with <u>Verification</u> is required whenever the following occurs:

       a)      A new petition is filed.  Diskette required.

       b)      A case is converted on or after SEPTEMBER 1, 2000. (See paragraph 4b concerning post-petition creditors.)

       c)      An amendment to a case on or after SEPTEMBER 1, 2000, which adds, deletes or changes creditor address information on the debtor's Schedule of Debts and/or Schedule of Equity Security Holders.  Scannable matrix format required.

3)      The scannable matrix must be <u>originally</u> typed or printed. It may not be a copy.

4)      CONVERSIONS:

       a)      When converting a Chapter 13 case filed before SEPTEMBER 1, 2000, to another chapter, <u>ALL</u> creditors must be listed on the mailing matrix at the time of filing and accompanied by a <u>Verification</u>.  Diskette required.

       b)      For Chapter 7, 11, or 12 cases converted on or after SEPTEMBER 1, 2000, <u>only post-petition creditors need be listed on the mailing matrix</u>. The matrix and <u>Verification</u> must be filed with the post-petition schedule of debts and/or schedule of equity security holders. If there are no post-petition creditors, only the verification form is required.  Scannable matrix format required.

5)      AMENDMENTS AND BALANCE OF SCHEDULES:

       a)      <u>Scannable matrix format required.</u>

       b)      The matrix with <u>Verification</u> is a document separate from the amended schedules and may not be used to substitute for any portion of the schedules. IT MUST BE SUBMITTED WITH THE AMENDMENT/BALANCE OF SCHEDULES.

       c)      Prepare a separate page for each type of change required: ADDED, DELETED, or CORRECTED. On the **REVERSE** side of each matrix page, indicate which category that particular page belongs in. Creditors falling in the same category should be placed on the same page in alphabetical order.

6)      Please refer to CSD 1007 for additional information on how to avoid matrix-related problems.

Software Copyright (c) 1996-2023 Best Case, LLC - www.bestcase.com

A Storage Inn
4040 North Service Road
Saint Peters, MO 63376


Alliance One
2831 St. Rose Pkwy.
Henderson, NV 89052


American Express
Business Rewards Account
P.O. Box 0001
Los Angeles, CA 90096


Bank of America
P.O. Box 660441
Dallas, TX 75266


Fed Ex
P.O. Box 7221
Pasadena, CA 91109


Geico
One Geico Center
Macon, GA 31296-0001


Geico
 386 E H St Suite 203
Chula Vista, CA 91910


GreatAmerica
Financial Services Corp.
625 1st St., Ste. 800
Cedar Rapids, IA 52401


Hanmi Bank
4637 Convoy St Ste 101
San Diego, CA 92111

```
Indeed
6433 Champion Grandview Way
Bldg. 1
Austin, TX 78750


Itria Ventures, LLC
1000 N West St #1200
Wilmington, DE 19801


L&C Truck Repair
10616 Liberty Ave.
Saint Louis, MO 63132


Leaf Commercial Capital, Inc.
One Commerce Square
2005 Market St.
Philadelphia, PA 19103


Liberty Mutual
Credit Collection Services
725 Canton St.
Norwood, MA 02062


Marsh Sponsored Program
1166 Avenue of the Americas
New York, NY 10036


Nathan A. Costa
3056 Rue Dorleans, #134
San Diego, CA 92110


Nathan A. Costa
3056 Rue D'Orleans, #134
San Diego, CA 92110


Oakmont Capital Services
600 Willowbrook Ln Suite 601
West Chester, PA 19382
```

```
OVD Insurance
2780 44th St SW
Wyoming, MI 49519


Readycap Lending, LLC
80 State St.
Albany, NY 12207


Realm Health, LLC
4201 Spring Valley Rd.,
Ste. 1500
Dallas, TX 75244


Rhino Custom Builds
9638 CEDARDALE DRIVE
Houston, TX 77055


Route Consultant Purchasing
Alliance
5511 Virginia Way, Ste. 400
Brentwood, TN 37027


Small Business Administration
Payroll Protection Program
P.O. Box 3918
Portland, OR 97208-3918


Small Business Administration
EIDL Loan
P.O. Box 3918
Portland, OR 97208-3918


Spencer and Carli Patton
Sanctified Shipping, Inc.
2935 Berry Hill Dr.
Nashville, TN 37204
```

```
Spencer and Carli Patton.
3919 Vailwood Dr.
Nashville, TN 37215-4000


Spencer Patton
2935 Berry Hill Drive
Nashville, TN 37204


Stearns Bank, N.A.
St. Cloud Office
4191 SO 2nd St., PO Box 7338
Saint Cloud, MN 56302


U.S. Small Business Admin.
Chief AIB
409 3rd Street, SW
Washington, DC 20416


Verdant Commercial Capital
9987 Carver Rd Suite 110
Cincinnati, OH 45242


Wages owed to Employees
As of 4/1/2024.


White Peak Capital
12601 NE Woodinville Dr.
Ste. B-2
Woodinville, WA 98072
```